UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

824592
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST**

In Re:

Willie Mathis a/k/a Willie Lee Mathis d/b/a fdba Mommy O Sweet Shop
Evelyn Mathis a/k/a Evelyn E. Mathis



**Order Filed on August 12, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-33158 - JKS

Hearing Date: July 25, 2019

Judge: John K. Sherwood

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 12, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | PRO SE |
| Property Involved ("Collateral"): | 75 SOUTH HARRISON STREET, EAST ORANGE, NJ 07018 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

1. Debtor must obtain a loan modification to cure all outstanding post-petition arrears that remain due and outstanding to Secured Creditor by October 1, 2019 or as extended by the Court.

2. Debtor must continue to make adequate protection and/or regular post-petition payments to Secured Creditor pending the loan modification review.

3. Should debtor be denied for a loan modification and/or not obtain a loan modification by October 1, 2019 or as extended by the Court, Secured Creditor may immediately reach out to this Court and ask for the Motion for Relief to be re-listed for a hearing.

4. This Order does not replace the rules of the Court's Loss Mitigation Program and both parties are bound by same.