UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

824592
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST**

In Re:

Willie Mathis a/k/a Willie Lee Mathis d/b/a fdba Mommy O Sweet Shop
Evelyn Mathis a/k/a Evelyn E. Mathis

**Order Filed on August 12, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-33158 - JKS

Hearing Date: July 25, 2019

Judge: John K. Sherwood

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 12, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | PRO SE |
| Property Involved ("Collateral"): | 75 SOUTH HARRISON STREET, EAST ORANGE, NJ 07018 |

Relief sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

1. Debtor must obtain a loan modification to cure all outstanding post-petition arrears that remain due and outstanding to Secured Creditor by October 1, 2019 or as extended by the Court.

2. Debtor must continue to make adequate protection and/or regular post-petition payments to Secured Creditor pending the loan modification review.

3. Should debtor be denied for a loan modification and/or not obtain a loan modification by October 1, 2019 or as extended by the Court, Secured Creditor may immediately reach out to this Court and ask for the Motion for Relief to be re-listed for a hearing.

4. This Order does not replace the rules of the Court's Loss Mitigation Program and both parties are bound by same.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-33158-JKS
Willie Lee Mathis                                                   Chapter 13
Evelyn E. Mathis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1         Date Rcvd: Aug 12, 2019
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db/jdb         +Willie Lee Mathis,   Evelyn E. Mathis,   75 South Harrison Street,   East Orange, NJ 07018-1701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
         John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
          ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Marie-Ann Greenberg     magecf@magtrustee.com
         Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
         Robert Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6