Willie Lee Mathis (Debtor)
Evelyn E. Mathis  (Debtor)
75 S Harrison Street
East Orange, NJ 07018
862-704-4949

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2019 AUG 14 A 11: 44

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

United States Bankruptcy Court
District Of New Jersey
Newark, Vicinage

In Re:
Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
Suite 330
Fairfield, NJ 07004
973-227-2840
Chapter 13 Standing Trustee

Chapter 13 Case No:   18-33158 JKS

Hearing Date: 08/22/2019 at 10:00 am

Opposing to Motion to dismiss petition

I Willie & Evelyn Mathis received a letter form the court stating  the dismissal of our petition from Marie Ann
Greenberg Standing Trustee.  It states that we did not file the proper income returns and as required by 11
U.S.C Section 1308 in violation of  11 U.S.C. Section 1325(a)(9).
So in pursuant to section 1307(a)(5), the Trustee recommends dismissing the Chapter 13 Petition.

I Willie & Evelyn Mathis File all the years stated but there are a few discrepancies on the part of the IRS
The IRS filed an estimated 2016 , 2017 priority claim in the amount of $14,476,76 and an estimated 2012,
2013, 2014 unsecured claim for $4267.32

Lets start with 2012
I Willie Mathis Filed 2012 married but filed separately this was under my business profit & lost  $0 exhibit
(A) and  Evelyn Filed 2012 married but filed separately refund issued $1306.00 exhibit (B)
I Willie Mathis Filed 2013 married but filed separately this was also my business profit and lost $0 we close
down store that year exhibit ( C) and Evelyn Mathis Filed 2013 married but filed separately refund issued
$617.00 exhibit (D)
I Willie Mathis did not file a tax return for 2014 because I was not working my business was close in 2013
And Evelyn Mathis Filed taxes married but filed separately owed $1989.00 exhibit (E)
I Willie & Evelyn Mathis Filed 2016 taxes married filed joint owed $2229.00 exhibit (F) but the IRS stated
that non-filling of return so we submitted it again.
I Willie Mathis Filed 2017 taxes married filed separately refund of $138.00 exhibit (G)
And Evelyn Mathis Filed 2017 taxes married filed separately owed $643.00 exhibit (H)
On my taxes Willie the IRS rejected my return because it was the wrong AGI amount I put in so they told me
to mail it in which I did.
When Evelyn and myself filed bankruptcy we filed out form 106E/F we put the taxes on that sheet exhibit (I)
We are in the process of making payment arrangement with the IRS.

I Willie & Evelyn Mathis have filed all our taxes and the amount are not what the IRS is estimating it is.
We are trying are hardest to pay our debt back. This is the way that works for us in bankruptcy reorganization
This is why we are opposing to the motion to  dismiss petition.

_____
Willie Lee Mathis

X _____
Evelyn E. Mathis

8/14/19
Date

8/14/19
Date

*Case 18-33158-JKS*

*Tax 2012*
*Mommy O Swut Shop*
*Sup.*

*exhibit (A)*



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 08-10-2019
Response Date: 08-10-2019
Tracking Number: 100463580061

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5931
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-1676

WILL MATH

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Aug. 05, 2019
ACCRUED PENALTY:          0.00          AS OF: Aug. 05, 2019

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):      0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               00
FILING STATUS:            Married Filing Separate
ADJUSTED GROSS
    INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
    TAXPAYER:
SE TAXABLE INCOME
    SPOUSE:
TOTAL SELF
    EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| | No tax return filed | | | |
| 971 | Withholding allowances limited – letter sent to employer | | 04-19-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 11-26-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Case 18-33158 JKS                                    Exhibit (A)



# 2012 Income Tax Return

**Federal Return**

Thank you for using
FreeTaxUSA.com to prepare your
2012 income tax return.

You can view the status of your e-filed tax return by
logging into your account at www.freetaxusa.com.

2013 tax preparation on FreeTaxUSA.com will be
available starting in January of 2014.

We look forward to preparing your 2013 tax return.

*Exhibit (A)*

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) | | | | |
|---|---|---|---|---|---|

**U.S. Individual Income Tax Return** | **2012** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning _____ , 2012, ending _____ , 20 ___ | See separate instructions.

| | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| WILLIE | MATHIS | 137 72 5931 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | 146 70 1676 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
75 SOUTH HARRISON ST

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
EAST ORANGE, NJ   07018

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ EVELYN MATHIS
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a. ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . .
b. ☐ Spouse . . . . . . . . . . . . . . .

| Boxes checked on 6a and 6b | 1 |
|---|---|

c. Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

| No. of children on 6c who: | |
|---|---|
| • lived with you | |
| • did not live with you due to divorce or separation (see instructions) | |
| Dependents on 6c not entered above | |
| Add numbers on lines above ▶ | 1 |

d. Total number of exemptions claimed . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . | 7 | |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . | 9a | |
| b | Qualified dividends . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . | 12 | -28,508. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . | 14 | |
| 15a | IRA distributions . 15a | b Taxable amount . | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . | 19 | |
| 20a | Social security benefits 20a | b Taxable amount . | 20b | |
| 21 | Other income. List type and amount _____ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -28,508. |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | |
| 29 | Self-employed health insurance deduction . | 29 | |
| 30 | Penalty on early withdrawal of savings . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . | 32 | |
| 33 | Student loan interest deduction . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | -28,508. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. | Cat. No. 11320B | Form **1040** (2012)
CDA

Form 1040 (2012)  WILLIE MATHIS                                    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        Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | -28,508. |
| | 39a | Check { You were born before January 2, 1948, ☐ Blind. } Total boxes | | | |
| | | if: { Spouse was born before January 2, 1948, ☐ Blind. } checked ▶ 39a ☐ | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b ☐ | | | |
| | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | | 40 | 5,950. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | | 41 | -34,458. |
| | 42 | **Exemptions.** Multiply $3,800 by the number on line 6d | | 42 | 3,800. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0. |
| | 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | | 44 | 0. |
| • All others: Single or Married filing separately, $5,950 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | 45 | |
| | 46 | Add lines 44 and 45 | ▶ | 46 | 0. |
| Married filing jointly or Qualifying widow(er), $11,900 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| Head of household, $8,700 | 49 | Education credits from Form 8863, line 19 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | | 54 | 0. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | ▶ | 55 | 0. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59a | Household employment taxes from Schedule H | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** | ▶ | 61 | |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | | |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** NO. | 64a | | |
| | b | Nontaxable combat pay election 64b | | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | | |
| | 67 | Reserved | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8801 d ☐ 8885 | 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** | ▶ | 72 | 0. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 74a | |
| Direct deposit? See instructions. | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number | | | |
| | 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ 75 | | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions | ▶ | 76 | 0. |
| | 77 | Estimated tax penalty (see instructions) 77 | | | |

**Third Party Designee**   Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No

Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation OWNER | Daytime phone number
Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**
Print/Type preparer's name | Preparer's signature SELF—PREPARED | Date | Check ☐ if self-employed | PTIN
Firm's name ▶ | | Firm's EIN ▶ |
Firm's address ▶ | | Phone no. |

Form **1040** (2012)

CDA

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ For information on Schedule C and its instructions, go to www.irs.gov/schedulec.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2012**

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| WILLIE MATHIS | 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 |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | CONVENIENCE STORE & DELI | ▶ 4 4 5 1 1 0 0 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), (see instr.) |
|---|---|---|
| | MOMMYO SWEET SHOP | |

E  Business address (including suite or room no.) ▶ 2100 STANLEY TERRACE
City, town or post office, state, and ZIP code   UNION, NJ  07083

F  Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G  Did you materially participate in the operation of this business during 2012? If "No," see instructions for limit on losses   ☒ Yes  ☐ No

H  If you started or acquired this business during 2012, check here   ▶ ☐

I   Did you make any payments in 2012 that would require you to file Form(s) 1099? (see instructions)   ☐ Yes  ☒ No

J   If "Yes," did you or will you file required Forms 1099?   ☐ Yes  ☐ No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . ▶ ☐ | 1 | 111,031. |
| 2 | Returns and allowances (see instructions) . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . | 3 | 111,031. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . | 4 | 113,473. |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | 5 | -2,442. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . ▶ | 7 | -2,442. |

## Part II  Expenses     Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | 1,625. | 18 | Office expense (see instructions) . | 18 | 935. |
| 9 | Car and truck expenses (see instructions). . . . . | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . | 12 | | b | Other business property . . . | 20b | 9,984. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions). . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | 1,654. |
| | | | | 22 | Supplies (not included in Part III) . | 22 | 1,775. |
| | | | | 23 | Taxes and licenses . . . . . | 23 | 250. |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . | 24a | |
| 15 | Insurance (other than health) . | 15 | 1,200. | b | Deductible meals and entertainment (see instructions) . | 24b | |
| 16 | Interest: | | | 25 | Utilities . . . . . . . | 25 | 8,643. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits). | 26 | |
| b | Other . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | |
| 17 | Legal and professional services | 17 | | 27b | Reserved for future use . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . ▶ | 28 | 26,066. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . | 29 | -28,508. |
| 30 | Expenses for business use of your home. Attach Form 8829. Do not report such expenses elsewhere . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.
☐ If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.
☐ If a loss, you must go to line 32. | 31 | -28,508. |

32  If you have a loss, check the box that describes your investment in this activity (see instructions).
☐ If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.
☐ If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☒ All investment is at risk.
32b ☐ Some investment is not at risk.

CDA

*Exhibit (A)*

*Case 18-33158-JKS*

Schedule C (Form 1040) 2012

Page 2

## Part III    Cost of Goods Sold  (see instructions)

| | | | |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory: | a ☒ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory?<br>If "Yes," attach explanation | ☐ Yes   ☒ No | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | 50,000. |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . | 36 | 90,698. |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . | 38 | 2,775. |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . | 40 | 143,473. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . | 41 | 30,000. |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | 42 | 113,473. |

## Part IV    Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)    a .........................................

44  Of the total number of miles you drove your vehicle during 2012, enter the number of miles you used your vehicle for:

a  Business ................................    b Commuting (see instructions) ................................    c Other ................................

| | | |
|---|---|---|
| 45 | Was your vehicle available for personal use during off-duty hours? . . . . . . . . . | ☐ Yes   ☐ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use? . . . . . . . | ☐ Yes   ☐ No |
| 47a | Do you have evidence to support your deduction? . . . . . . . . . . . . . | ☐ Yes   ☐ No |
| b | If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . | ☐ Yes   ☐ No |

## Part V    Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| ............................................ | |
| ............................................ | |
| ............................................ | |
| ............................................ | |
| ............................................ | |
| ............................................ | |
| ............................................ | |
| ............................................ | |
| ............................................ | |
| 48  Total other expenses. Enter here and on line 27a . . . . . . . . . . | 48 |

CDA

*(a stamped) Tax 2012
Separate

# Internal Revenue Service
## United States Department of the Treasury

exhibit (B)

This Product Contains Sensitive Taxpayer Data

Request Date: 08-14-2018
Response Date: 08-14-2018
Tracking Number: 100403416005

Account Transcript

FORM NUMBER: 1040        TAX PERIOD: Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   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

EVELYN E MATHIS


--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:         0.00
ACCRUED INTEREST:        0.00          AS OF: Mar. 24, 2014
ACCRUED PENALTY:         0.00          AS OF: Mar. 24, 2014

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):      0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:              01
FILING STATUS:          Married Filing Separate
ADJUSTED GROSS
   INCOME:              44,065.00
TAXABLE INCOME:         19,565.00
TAX PER RETURN:         2,501.00
SE TAXABLE INCOME
   TAXPAYER:            0.00
SE TAXABLE INCOME
   SPOUSE:              0.00
TOTAL SELF
   EMPLOYMENT TAX:      0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Aug. 26, 2013
PROCESSING DATE                                              Sep. 16, 2013

                          TRANSACTIONS
CODE  EXPLANATION OF TRANSACTION      CYCLE      DATE            AMOUNT
150   Tax return filed            20133504   09-16-2013      $2,501.00
      16221-638-08563-3

806   W-2 or 1099 withholding                 04-15-2013     -$3,807.00

846   Refund issued                           09-06-2013      $1,306.00

898   Refund applied to non-IRS debt:         09-16-2013          $0.00
      $1,306.00

This Product Contains Sensitive Taxpayer Data

Case 18-33158 JKS   Exhibit (B)

Form **1040** Department of the Treasury - Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2012** OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2012, or other tax year beginning _____, 2012, ending _____, 20 ___ | See separate instructions.

| | |
|---|---|
| Your first name and initial   Last name | Your social security number |
| EVELYN E MATHIS | 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 |
| If a joint return, spouse's first name and initial   Last name | Spouse's social security no. |
| | 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 |
| Home address (number and street). If you have a P.O. box, see instructions.   Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct. |
| 75 S HARRISON STREET APT 2 | |
| City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). | **Presidential Election Campaign** |
| EAST ORANGE NJ 07018 | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You  ☐ Spouse |
| Foreign country name | Foreign province/county | Foreign postal code | |

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ WILLIE MATHIS
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

| Boxes checked on 6a and 6b | 1 |
|---|---|

If more than four dependents, see instr. and check here ▶ ☐

c Dependents:

| (1) First name   Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
- lived with you  0
- did not live with you due to divorce or separation (see instr.)  0
Dependents on 6c not entered above  0
Add numbers on lines above ▶  1

d   Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** 43,921. |
| 8a | Taxable interest. Attach Schedule B if required | **8a** |
| b | Tax-exempt interest. Do not include on line 8a | 8b |
| 9a | Ordinary dividends. Attach Schedule B if required | **9a** |
| b | Qualified dividends | 9b |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | **10** 144. |
| 11 | Alimony received | **11** |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | **12** |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** |
| 14 | Other gains or (losses). Attach Form 4797 | **14** |
| 15a | IRA distributions  15a | b Taxable amount | **15b** |
| 16a | Pensions and annuities  16a | b Taxable amount | **16b** |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** |
| 18 | Farm income or (loss). Attach Schedule F | **18** |
| 19 | Unemployment compensation | **19** |
| 20a | Social security benefits  20a | b Taxable amount | **20b** |
| 21 | Other income. List type and amount (see instr.) | **21** |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | **22** 44,065. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses | 23 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |
| 29 | Self-employed health insurance deduction | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a |
| 32 | IRA deduction | 32 |
| 33 | Student loan interest deduction | 33 |
| 34 | Tuition and fees. Attach Form 8917 | 34 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |
| 36 | Add lines 23 through 35 | 36 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | **37** 44,065. |

BCA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   US104051   Form **1040** (2012)

Form 1040 (2012)      EVELYN E MATHIS                                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                    Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 44,065. |
| | 39a | Check if: ☐ You were born before Jan. 2, 1948,  ☐ Blind.  ☐ Spouse was born before Jan. 2, 1948,  ☐ Blind.   **Total boxes** checked ▶ 39a | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | | |
| **Standard Deduction for-**  • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.  • All others:  Single or Married filing separately, $5,950  Married filing jointly or Qualifying widow(er), $11,900  Head of household, $8,700 | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 20,700. |
| | 41 | Subtract line 40 from line 38 | | 41 | 23,365. |
| | 42 | Exemptions. Multiply $3,800 by the number on line 6d | | 42 | 3,800. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 19,565. |
| | 44 | Tax (see instructions). Check if any tax is from:  a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ 962 election | | 44 | 2,501. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| | 46 | Add lines 44 and 45 ▶ | | 46 | 2,501. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Education credits from Form 8863, line 19 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Other credits from Form:  a ☐ 3800  b ☐ 8801  c ☐ | 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | | 55 | 2,501. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form:  a ☐ 4137  b ☐ 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59a | Household employment taxes from Schedule H | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | | 61 | 2,501. |
| **Payments**  If you have a qualifying child, attach Schedule EIC. | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 3,807. | |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | | |
| | 64a | Earned income credit (EIC)                          NO | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | | |
| | 67 | Reserved | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form:  a ☐ 2439  b ☐ Reserved  c ☐ 8801  d ☐ 8885 | 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | | 72 | 3,807. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | 73 | 1,306. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 74a | 1,306. |
| Direct deposit? See instructions | b | Routing number ▶          ▶ c Type: ☐ Checking  ☐ Savings | | | |
| | d | Account number ▶ | | | |
| | 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ | 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see inst. | | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No | | |
|---|---|---|---|
| | Designee's name ▶ HUDSON ETIENNE EA ATP ATA | Phone no. ▶ 908-241-1040 | Personal identification number (PIN) ▶ 12345 |

**Sign Here**
Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature ▶ Evelyn Mathis | Date 3/16/13 | Your occupation CASH SUSPENCE CLERK | Daytime phone number 973-466-8560 |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer's Use Only** | Print/Type preparer's name HUDSON ETIENNE EA ATP AT | Preparer's signature HUDSON ETIENNE EA ATP AT | Date 08/16/2013 | Check ☒ if self-employed | PTIN P00040421 |
|---|---|---|---|---|---|
| | Firm's name ▶ TAX DOC PREP C/O | | | Firm's EIN ▶ | |
| | Firm's address ▶ 47 W WESTFIELD AVE  ROSELLE PARK NJ 07204- | | | Phone no. 908-241-1040 | |

BCA                                    US1040S2                                    Form **1040** (2012)

| Form **8879** | **IRS e-file Signature Authorization** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ **Do not send to the IRS. This is not a tax return.**<br>▶ **Keep this form for your records.** | **2012** |

Declaration Control Number (DCN) ▶   00226682      2

| Taxpayer's name<br>EVELYN E MATHIS | Social security number<br>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 |
|---|---|
| Spouse's name | Spouse's social security number |

## Part I  Tax Return Information-Tax Year Ending December 31, 2012  (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | **1** | 44,065. |
| 2 | Total tax (Form 1040, line 61; Form 1040A, line 35; Form 1040EZ, line 10) | **2** | 2,501. |
| 3 | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 36; Form 1040EZ, line 7) | **3** | 3,807. |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 43a; Form 1040EZ, line 11a; Form 1040-SS, Part I, line 12a) | **4** | 1,306. |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 45; Form 1040EZ, line 12) | **5** | |

## Part II  Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2012, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

Taxpayer's PIN: check one box only

☒ I authorize **TAX DRX FRANCHISE** _____ to enter or generate my PIN  | 01676 |
               ERO firm name                     Enter five numbers, but
as my signature on my tax year 2012 electronically filed income tax return.              do not enter all zeros

☐ I will enter my PIN as my signature on my tax year 2012 electronically filed income tax return. Check this box only if you are
    entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____    Date ▶ 08/16/2013

Spouse's PIN: check one box only

☐ I authorize _____ to enter or generate my PIN  | |
               ERO firm name                     Enter five numbers, but
as my signature on my tax year 2012 electronically filed income tax return.              do not enter all zeros

☐ I will enter my PIN as my signature on my tax year 2012 electronically filed income tax return. Check this box only if you are
    entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____    Date ▶ _____

## Practitioner PIN Method Returns Only-continue below

## Part III  Certification and Authentication-Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN. | 22668212345 |
                                                          do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2012 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ HUDSON ETIENNE EA ATP ATA _____    Date ▶ 08/16/2013

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see your tax return instructions.                          Form **8879** (2012)

BCA                      US887951

NJ-1040 (2012)

*Exhibit (B)*

*Case 18-33158 JKS*

PAGE 2



MATHIS EVELYN E

146701676                                                    1045

**RESIDENCY STATUS**   IF YOU WERE A NJ RESIDENT FOR ONLY PART OF THE TAXABLE YEAR GIVE THE PERIOD OF NJ RESIDENCY
FROM                    TO

**FILING STATUS**                                    **EXEMPTIONS**

1.  SINGLE                                           6.  REGULAR                                        1
2.  MARRIED/CU COUPLE FILING JOINT RETURN            7.  AGE 65 OR OVER                                 0
3.  MARRIED/CU COUPLE FILING SEPARATE RETURN   X     8.  BLIND OR DISABLED                             0
4.  HEAD OF HOUSE HOLD                               9.  NUMBER OF QUALIFIED DEPENDENT CHILDREN        0
5.  QUALIFYING WIDOW(ER)/SURVIVING CU PARTNER        10. NUMBER OF OTHER DEPENDENTS                    0
**CHECK BOXES FOR EXEMPTIONS**                       11. DEPENDENTS ATTENDING COLLEGE                  0
                                                     12A. TOTAL (LINE 12A - ADD LINES 6, 7, 8, AND 11) 1
| REGULAR | SPOUSE/ CU PARTNER | DOMESTIC PARTNER |
| AGE 65 OR OLDER | YOURSELF | SPOUSE/ CU PARTNER |
| BLIND OR DISABLED | YOURSELF | SPOUSE/ CU PARTNER |
                                                     12B. TOTAL (LINE 12B - ADD LINES 9 AND 10)       0

**DEPENDENTS INFORMATION FROM LINES 9 AND 10 (ATTACH RIDER IF MORE THAN FOUR)**

LAST NAME, FIRST NAME, MIDDLE INITIAL              SOCIAL SECURITY NUMBER      BIRTH YEAR      HEALTH INS IND

A
B
C
D

**GUBERNATORIAL ELECTIONS FUND**
DO YOU WISH TO DESIGNATE $1 OF YOUR TAXES FOR THIS FUND?                        YES        NO
IF JOINT RETURN, DOES YOUR SPOUSE/CU PARTNER WISH TO DESIGNATE $1?              YES        NO

| | | |
|---|---|---|
| 14. | WAGES, SALARIES, TIPS, AND OTHER EMPLOYEE COMPENSATION (ENCLOSE W-2) BE SURE TO USE STATE WAGES FROM BOX 16 OF YOUR W-2(S) (SEE INSTRUCTIONS) | 43,921 . |
| 15A. | TAXABLE INTEREST INCOME(SEE INSTRUCTIONS) ENCLOSE FED SCH B IF OVER $1,500) | 0 . |
| 15B. | TAX EXEMPT INTEREST INCOME. (SEE INSTRUCTIONS) (ENCLOSE SCHEDULE) DO NOT INCLUDE ON LINE 15A | 0 . |
| 16. | DIVIDENDS | 0 . |
| 17. | NET PROFITS FROM BUSINESS (SCHEDULE NJ-BUS-1, PART 1, LINE 4) (ENCLOSE COPY OF FEDERAL SCHEDULE C, FORM 1040) | 0 . |
| 18. | NET GAINS FROM DISPOSITION OF PROPERTY(SCHEDULE B, LINE 4) | 0 . |
| 19. | PENSIONS, ANNUITIES, AND IRA WITHDRAWS (SEE INSTRUCTIONS) | 0 . |
| 20. | DISTRIBUTIVE SHARE OF PARTNERSHIP INCOME (SCH. NJ-BUS-1, PART II, LINE 4) (SEE INSTRUCTION) (ENCLOSE SCH. NJK-1 OR FEDERAL SCH. K-1) | 0 . |
| 21. | NET PRO RATA SHARE OF S CORPORATION INCOME (SCH. NJ-BUS-1, PART III, LINE 4) (SEE INSTRUCTIONS) (ENCLOSE SCH. NJ-K-1 OR FEDERAL SCH. K-1) | 0 . |
| 22. | NET GAIN OR INCOME FROM RENTS, ROYALTIES, PATENTS & COPY RIGHTS(SCHEDULE NJ-BUS-1, PART IV, LINE 4) | 0 . |
| 23. | NET GAMBLIING WINNINGS (SEE INSTRUCTIONS) | 0 . |
| 24. | ALIMONY AND SEPARATE MATINENCE PAYMENTS RECEIVED | 0 . |
| 25. | OTHER (ENCLOSE SCHEDULE) (SEE INSTRUCTIONS) | 0 . |
| 26. | TOTAL INCOME (ADD LINES 14, 15A, 16 THROUGH 25) | 43,921 . |
| 27A. | PENSION EXCLUSION (SEE INSTRUCTIONS) | 0 . |
| 27B. | OTHER RETIREMENT INCOME EXCLUSION (SEE WORKSHEET AND INSTRUCTIONS) | 0 . |
| 27C. | TOTAL EXCLUSION AMOUNT (ADD LINE 27A AND LINE 27B) | 0 . |
| 28. | NEW JERSEY GROSS INCOME (SUBTRACT LINE 27C FROM LINE 26) (SEE INSTRUCTIONS) | 43,921 . |
| 29. | TOTAL EXEMPTION AMOUNT (SEE INSTRUCTIONS TO CALCULATE AMOUNT) (PART YEAR RESIDENTS SEE INSTRUCTIONS) | 1,000 . |
| 30. | MEDICAL EXPENSES (SEE WORKSHEET AND INSTRUCTIONS) | 0 . |
| 31. | ALIMONY AND SEPARATE MATINENCE PAYMENTS | 0 . |
| 32. | QUALIFIED CONSERVATION CONTRIBUTION | 0 . |
| 33. | HEALTH ENTERPRIZE ZONE DEDUCTION | 0 . |
| 34. | ALTERNATIVE BUSINESS CALCULATION ADJUSTMENT (SCHEDULE NJ-BUS-2, LINE 10) | 0 . |
| 35. | TOTAL EXEMPTIONS AND DEDUCTIONS (ADD LINES 29 THROUGH 34) | 1,000 . |
| 36. | TAXABLE INCOME (SUBTRACT LINE 35 FROM LINE 26) IF ZERO OR LESS, MAKE NO ENTRY | 42,921 . |
| 37A. | TOTAL PROPERTY TAXES PAID (SEE INSTRUCTIONS) | 6,570 . |

NJ104052

NJ-1040 (2012)                                                                 PAGE 3



MATHIS EVELYN E

146701676                                                           1045

| | | |
|---|---|---|
| 37B. | FILL IN THE OVAL IF YOU WERE A NEW JERSEY HOMEOWNER ON OCTOBER 1, 2012 | |
| 37C. | PROPERTY TAX DEDUCTION (SEE INSTRUCTIONS) | 5,000 . |
| 38. | NEW JERSEY TAXABLE INCOME (SUBTRACT LINE 37C FROM LINE 36) IF ZERO OR LESS, MAKE NO ENTRY | 37,921 . |
| 39. | TAX (FROM TAX TABLES.) | 645 . |
| 40. | THIS LINE IS NOT USED ON COMPUTER GENERATED RETURNS | |
| 41. | CREDIT FOR INCOME TAXES PAID TO OTHER JURISDICTIONS | 0 . |
| 41A. | JURISDICTION CODE (SEE INSTRUCTIONS) | |
| 42. | BALANCE OF TAX (SUBTRACT LINE 41 FROM LINE 39) | 645 . |
| 43. | SHELTERED WORKSHOP TAX CREDIT | 0 . |
| 44. | BALANCE OF TAX AFTER CREDIT (SUBTRACT LINE 43 FROM LINE 42) | 645 . |
| 45. | USE TAX DUE ON INTERNET, MAIL-ORDER, OR OTHER OUT-OF-STATE PURCHASES (SEE WORKSHEET AND INSTRUCTION) IF NO USE TAX, ENTER ZERO | 0 . |
| 46. | PENALTY FOR UNDERPAYMENT OF ESTIMATED TAX | 0 . |
| 46A. | FILL IN IF FORM 2210 IS ENCLOSED | |
| 47. | TOTAL TAX AND PENALTY (ADD LINES 44, 45, AND 46) | 645 . |
| 48. | TOTAL NEW JERSEY INCOME TAX WITHHELD (ENCLOSE FORMS W-2 AND 1099) | 830 . |
| 49. | PROPERTY TAX CREDIT (SEE INSTRUCTIONS) | 0 . |
| 50. | NEW JERSEY ESTIMATED TAX PAYMENTS/CREDIT FROM 2011 TAX RETURN | 0 . |
| 51. | NEW JERSEY EARNED INCOME TAX CREDIT (SEE INSTRUCTIONS) | 0 . |
| 51B. | FILL IN THE BOX IF YOU HAD THE IRS FIGURE YOUR FEDERAL EARNED INCOME CREDIT | |
| 51C. | FILL IN THE BOX IF YOU ARE A CU COUPLE CLAIMING THE NJ EARNED INCOME TAX CREDIT | |
| 52. | EXCESS NEW JERSEY UI/SF/SWF WITHHELD (SEE INSTRUCTIONS)(ENCLOSE FORM NJ-2450) | 32 . |
| 53. | EXCESS NEW JERSEY FAMILY LEAVE WITHHELD (SEE INSTRUCTIONS) (ENCLOSE FORM NJ-2450) | 0 . |
| 54. | EXCESS NEW JERSEY FAMILY LEAVE WITHHELD (SEE INSTRUCTIONS)(ENCLOSE FORM NJ-2450) | 0 . |
| 55. | TOTAL PAYMENTS/CREDITS (ADD LINES 48 THROUGH 54) | 862 . |
| 56. | IF LINE 55 IS LESS THAN LINE 47, ENTER AMOUNT YOU OWE IF YOU OWE TAX, YOU MAY MAKE A DONATION BY ENTERING AN AMOUNT ON LINES 58, 59, 60, 61, 62 AND OR 64 AND ADDING THIS TO YOUR PAYMENT | 0 . |
| 57. | IF LINE 55 IS MORE THAN LINE 47, ENTER OVERPAYMENT | 217 . |
| | DEDUCTIONS FROM OVERPAYMENT ON LINE 57 WHICH YOU ELECT TO CREDIT TO: | |
| 58. | YOUR 2013 TAX | 0 . |
| 59. | NEW JERSEY ENDANGERED WILDLIFE FUND | 0 . |
| 60. | NEW JERSEY CHILDRENS TRUST FUND | 0 . |
| 61. | NEW JERSEY VIETNAM VETERANS' MEMORIAL FUND | 0 . |
| 62. | NEW JERSEY BREAST CANCER REASEACH FUND | 0 . |
| 63. | U.S.S. NEW JERSEY EDUCATIONAL MUSEUM FUND | 0 . |
| 64. | OTHER DESIGNATED CONTRIBUTION (SEE INSTRUCTION) | 0 . |
| 64C. | DESIGNATION CODE | |
| 65. | TOTAL DEDUCTIONS FROM OVERPAYMENT (ADD LINES 58 THROUGH 64) | 0 . |
| 66. | REFUND (AMOUNT TO BE SENT TO YOU. SUBTRACT LINE 65 FROM LINE 57) | 217 . |

**DIRECT DEPOSIT INFORMATION**

REFUND CHECK BOX ('1' FOR REFUND, '4' FOR NO REFUND)                        4

ACCOUNT TYPE ('C' for CHECKING, 'S' FOR SAVINGS)

FILL IN THE CHECK BOX IF REFUND IS GOING OUTSIDE THE UNITED STATES

ROUTING NUMBER

ACCOUNT NUMBER

DO NOT MAIL INDICATOR

POWER OF ATTORNEY INDICATOR

PRESIDENTIAL DISASTER RELIEF INDICATOR

Case 18-33158 JKS    Exhibit (B)

SCHEDULE
**NJ-BUS-1**
(Form NJ-1040)

**NEW JERSEY GROSS INCOME TAX**
**BUSINESS INCOME SUMMARY SCHEDULE**

**2012**

| Name(s) as shown on Form NJ-1040 | Your Social Security Number |
|---|---|
| MATHIS EVELYN E | 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 |

### PART I    NET PROFITS FROM BUSINESS

List the net profit (loss) from business(es). See instructions.

| | Business Name | Social Security Number/ Federal EIN | Profit or (Loss) |
|---|---|---|---|
| 1. | EVELYN E MATHIS | 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 | |
| 2. | | | |
| 3. | | | |
| 4. | Net Profit or (Loss).  (Add Lines 1, 2, and 3.) (Enter here and on Line 17.  If loss, make no entry on Line 17.) | | 4. |

### PART II    DISTRIBUTIVE SHARE OF PARTNERSHIP INCOME

List the distributive share of income (loss) from partnership(s). See instructions.

| | Partnership Name | Federal EIN | Share of Partnership Income or (Loss) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | Distributive Share of Partnership Income or (Loss).  (Add Lines 1, 2, and 3.) (Enter here and on Line 20.  If loss, make no entry on Line 20.) | | 4. |

### PART III    NET PRO RATA SHARE OF S CORPORATION INCOME

List the pro rata share of income (loss) from S Corporation(s). See instructions.

| | S Corporation Name | Federal EIN | Pro Rata Share of S Corporation Income or (Loss) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | Net Pro Rata Share of S Corporation Income or (Loss).  (Add Lines 1, 2, and 3.) (Enter here and on Line 21.  If loss, make no entry on Line 21.) | | 4. |

### PART IV    NET GAINS OR INCOME FROM RENTS, ROYALTIES, PATENTS, AND COPYRIGHTS

List the net gains or net income, less net loss, derived from or in the form of rents, royalties, patents, and copyrights.  See instructions.
Type of Property:  1-Rental real estate  2-Royalties  3-Patents  4-Copyrights

| | Source of Income or Loss  If rental real estate, enter physical address of property. | Social Security Number/ Federal EIN | Type - Enter number from list above | Income or (Loss) |
|---|---|---|---|---|
| 1 | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | Net Income or (Loss).  (Add Lines 1, 2, and 3.) (Enter here and on Line 22.  If loss, make no entry on Line 22.) | | | 4. |

1045

1045

NJ40BUS1

NJ-2450

# EMPLOYEE'S CLAIM FOR CREDIT
## FOR EXCESS UI/WF/SWF, DISABILITY INSURANCE, AND/OR
### FAMILY LEAVE INSURANCE CONTRIBUTIONS FOR CALENDAR YEAR 2012

| Claimant Social Security No. 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 | Name: EVELYN E MATHIS |
|---|---|
| **Note on Joint NJ-1040 Return:** Each spouse/CU partner must file a separate form when claiming a refund for excess contributions. | Address: 75 S HARRISON STREET APT 2 |
| | City, State, Zip Code: EAST ORANGE NJ 07018 |

To establish a right to this credit, claimants are required to complete the items below (information is to be transcribed from W-2 forms enclosed with your New Jersey State Income Tax return). Any items not substantiated by a W-2 or any information that is incomplete will cause the claim to be rejected. The amount withheld for the Unemployment Insurance/Workforce Development/Supplemental Workforce Funds, disability insurance, and the amount of Family Leave Insurance withheld must be reported separately on all W-2 statements.

| TAKE ALL INFORMATION FROM YOUR W-2 FORMS. If the amount deducted by any one employer exceeds the maximum for either UI/WF/SWF, disability insurance, or Family Leave Insurance, insert the maximum in the appropriate Column(s) and contact that employer for a refund of the balance of the deduction. | COLUMN A UI/WF/SWF DEDUCTED | COLUMN B DISABILITY INSURANCE DEDUCTED | COLUMN C FAMILY LEAVE INSURANCE DEDUCTED |
|---|---|---|---|
| 1A. Employer's Name: HORIZON HEALTHCARE SVCS INC<br>Fed. Emp. I.D. #: 22-0999690<br>Private Plan #:          Wages: 36,447. | 129. | 1. | 24. |
| B. Employer's Name: TARGET CORPORATION<br>Fed. Emp. I.D. #: 41-0215170<br>Private Plan #:          Wages: 7,474. | 32. | | |
| C. Employer's Name:<br>Fed. Emp. I.D. #:<br>Private Plan #:          Wages: | | | |
| D. Employer's Name:<br>Fed. Emp. I.D. #:<br>Private Plan #:          Wages: | | | |
| E. Employer's Name:<br>Fed. Emp. I.D. #:<br>Private Plan #:          Wages: | | | |
| F. Employer's Name:<br>Fed. Emp. I.D. #:<br>Private Plan #:          Wages: | | | |
| G. * If additional space is required, enclose a rider and enter the total on this line | | | |
| 2. Total Deducted: Add Lines 1A through 1G. Enter here. | 161. | 1. | 24. |
| 3. Correct UI/WF/SWF, Disability Insurance, and/or Family Leave Deductions | 128.78 | 60.60 | 24.24 |
| 4. Deduct Line 3 Col. A from Line 2 Col. A. Enter on Page 3, Line 51 of the NJ-1040. | 32. | | |
| 5. Deduct Line 3 Col. B from Line 2 Col. B. Enter on Page 3, Line 52 of the NJ-1040. | | | |
| 6. Deduct Line 3 Col. C from Line 2 Col. C. Enter on Page 3, Line 53 of the NJ-1040 | | | |

I hereby apply for a credit for worker contributions deducted in excess of $128.78 for N.J. UI/WF/SWF and/or in excess of $60.60 for N.J. Disability Insurance and/or in excess of $24.24 for NJ Family Leave Insurance deductions by reason of having received wages from two or more employers during the above calendar year and hereby submit the following statement of wages and deductions.

Claimant's Signature: _____     Date: _____

1045

NJ2450S1

*Case 18-33158JKS*

*Tax 2013*

*Mommy O Sweet Shop*

*Sep*

*Exhibit (c)*



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 08-10-2019
Response Date: 08-10-2019
Tracking Number: 100463580336

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5931
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  XXX-XX-1676

WILL MATH

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Aug. 05, 2019
ACCRUED PENALTY:          0.00          AS OF: Aug. 05, 2019

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               00
FILING STATUS:            Married Filing Separate
ADJUSTED GROSS
   INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
   TAXPAYER:
SE TAXABLE INCOME
   SPOUSE:
TOTAL SELF
   EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
|      | No tax return filed        |       |      |        |
| 520  | Bankruptcy or other legal action filed | | 11-26-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Case 18-33158 JKS          Exhibit (c)



# 2013 Income Tax Return

### Federal Return

Thank you for using
FreeTaxUSA.com to prepare your
2013 income tax return.

You can view the status of your e-filed tax return by
signing in to your account at www.freetaxusa.com.

2014 tax preparation on FreeTaxUSA.com will be
available starting in January of 2015.

We look forward to preparing your 2014 tax return.

*Exhibit C*

Department of the Treasury—Internal Revenue Service   (99)

# Form 1040
**U.S. Individual Income Tax Return** **2013** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning _____, 2013, ending _____, 20____ | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| WILLIE | MATHIS | 137 72 5931 |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number
146 70 1676

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

75 SOUTH HARRISON ST

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

EAST ORANGE, NJ  07018

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Filing Status**

Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ EVELYN MATHIS
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a.
b ☐ **Spouse**

Boxes checked on 6a and 6b **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

d  Total number of exemptions claimed

Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -41,264. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -41,264. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | -41,264. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2013)

CDA

Form 1040 (2013)  WILLIE MATHIS                                    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          Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . | 38 | -41,264. |

39a  Check □ **You** were born before January 2, 1949, □ Blind. } **Total boxes**
if:   □ **Spouse** was born before January 2, 1949, □ Blind. } **checked ▶ 39a** [ ]

**Standard Deduction for—**
b   If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b □

- People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $6,100

Married filing jointly or Qualifying widow(er), $12,200

Head of household, $8,950

| | | |
|---|---|---|
| 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40 | 6,100. |
| 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . | 41 | -47,364. |
| 42 | **Exemptions.** If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | 3,900. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| 44 | **Tax** (see instructions). Check if any from: **a** □ Form(s) 8814 **b** □ Form 4972 **c** □ _____ | 44 | 0. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| 46 | Add lines 44 and 45 . . . . . . . . . . . . . . ▶ | 46 | 0. |
| 47 | Foreign tax credit. Attach Form 1116 if required . . . | 47 | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| 49 | Education credits from Form 8863, line 19 . . . . | 49 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| 51 | Child tax credit. Attach Schedule 8812, if required . . | 51 | |
| 52 | Residential energy credits. Attach Form 5695 . . . | 52 | |
| 53 | Other credits from Form: **a** □ 3800 **b** □ 8801 **c** □ | 53 | |
| 54 | Add lines 47 through 53. These are your **total credits** . . . . . . | 54 | 0. |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . ▶ | 55 | 0. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE . . . . . . | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** □ 4137 **b** □ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H . . . . | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Taxes from: **a** □ Form 8959 **b** □ Form 8960 **c** □ Instructions; enter code(s) | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** . . . . . . ▶ | 61 | |

| | | | |
|---|---|---|---|
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . | 62 | |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | |
| **If you have a qualifying child, attach Schedule EIC.** | 64a | **Earned income credit (EIC)** _____ NO. | 64a | |
| | b | Nontaxable combat pay election . . . 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 . . . | 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 . . | 66 | |
| | 67 | Reserved . . . . . . . . . . . . . . | 67 | |
| | 68 | Amount paid with request for extension to file . . . | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . | 70 | |
| | 71 | Credits from Form: **a** □ 2439 **b** □ Reserved **c** □ 8885 **d** □ | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** . . ▶ | 72 | 0. |

| | | | |
|---|---|---|---|
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ □ | 74a | |
| Direct deposit? See instructions. | ▶ b | Routing number | | |
| | ▶ d | Account number | | |
| | 75 | Amount of line 73 you want applied to your **2014 estimated tax** ▶ | 75 | |

▶ c Type: □ Checking □ Savings

| | | | |
|---|---|---|---|
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 0. |
| | 77 | Estimated tax penalty (see instructions) . . . . 77 | | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? □ **Yes. Complete below.** ☒ **No**

Designee's name ▶ ___   Phone no. ▶ ___   Personal Identification number (PIN) ▶ ___

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation OWNER | Daytime phone number

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

Print/Type preparer's name | Preparer's signature SELF-PREPARED | Date | Check □ if self-employed | PTIN

Firm's name ▶ ___   Firm's EIN ▶ ___
Firm's address ▶ ___   Phone no. ___

Form **1040** (2013)

CDA

*Exhibit (C)*

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ For information on Schedule C and its instructions, go to *www.irs.gov/schedulec.*
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**20****13**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| WILLIE MATHIS | 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 |

| **A** | Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions |
|---|---|---|
| | CONVENIENCE STORE & DELI | ▶ 4 4 5 1 0 0 |

| **C** | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN), (see instr.) |
|---|---|---|
| | MOMMYO SWEET SHOP | |

**E**  Business address (including suite or room no.) ▶  2100 STANLEY TERRACE
City, town or post office, state, and ZIP code   UNION, NJ  07083

**F**  Accounting method:  (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G**  Did you "materially participate" in the operation of this business during 2013? If "No," see instructions for limit on losses ☒ Yes ☐ No

**H**  If you started or acquired this business during 2013, check here   ▶ ☐

**I**  Did you make any payments in 2013 that would require you to file Form(s) 1099? (see instructions)   ☐ Yes ☒ No

**J**  If "Yes," did you or will you file required Forms 1099?   ☐ Yes ☐ No

### Part I   Income

| | | | |
|---|---|---|---|
| **1** | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . ▶ ☐ | **1** | 74,466. |
| **2** | Returns and allowances . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . | **3** | 74,466. |
| **4** | Cost of goods sold (from line 42) . . . . . . . . . . . . . . | **4** | 95,204. |
| **5** | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . | **5** | -20,738. |
| **6** | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** | |
| **7** | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . ▶ | **7** | -20,738. |

### Part II   Expenses            Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8** | Advertising . . . . . | **8** | 634. | **18** | Office expense (see instructions) | **18** | |
| **9** | Car and truck expenses (see instructions) . . . . | **9** | | **19** | Pension and profit-sharing plans | **19** | |
| **10** | Commissions and fees . | **10** | | **20** | Rent or lease (see instructions): | | |
| **11** | Contract labor (see instructions) | **11** | | **a** | Vehicles, machinery, and equipment | **20a** | |
| **12** | Depletion . . . . | **12** | | **b** | Other business property . . . | **20b** | 7,812. |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . | **13** | | **21** | Repairs and maintenance . . | **21** | 432. |
| | | | | **22** | Supplies (not included in Part III) . | **22** | 1,366. |
| | | | | **23** | Taxes and licenses . . . . | **23** | 250. |
| | | | | **24** | Travel, meals, and entertainment: | | |
| **14** | Employee benefit programs (other than on line 19) . . | **14** | | **a** | Travel . . . . . . . | **24a** | |
| **15** | Insurance (other than health) | **15** | 1,600. | **b** | Deductible meals and entertainment (see instructions) | **24b** | |
| **16** | Interest: | | | **25** | Utilities . . . . . . . | **25** | 8,432. |
| **a** | Mortgage (paid to banks, etc.) | **16a** | | **26** | Wages (less employment credits) . | **26** | |
| **b** | Other . . . . . | **16b** | | **27a** | Other expenses (from line 48) . . | **27a** | |
| **17** | Legal and professional services | **17** | | **b** | Reserved for future use . . . | **27b** | |

| | | | |
|---|---|---|---|
| **28** | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ▶ | **28** | 20,526. |
| **29** | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . | **29** | -41,264. |
| **30** | Expenses for business use of your home. **Do not** report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . | **30** | |
| **31** | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | **31** | -41,264. |
| | • If a loss, you **must** go to line 32. | | |
| **32** | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | **32a** ☒ All investment is at risk. **32b** ☐ Some investment is not at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | |

For Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 11334P   Schedule C (Form 1040) 2013

CDA

*Case 18-33158-JKS*                                    *Exhibit (C)*

Schedule C (Form 1040) 2013                                                                    Page **2**

## Part III   Cost of Goods Sold  (see instructions)

| | | | |
|---|---|---|---:|
| 33 | Method(s) used to value closing inventory:  a ☒ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation) | | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . ☐ Yes   ☒ No | | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | 30,000. |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . | **36** | 63,884. |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . | **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . | **38** | 1,320. |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . | **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . | **40** | 95,204. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . | **42** | 95,204. |

## Part IV   Information on Your Vehicle.  Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____

44   Of the total number of miles you drove your vehicle during 2013, enter the number of miles you used your vehicle for:

a   Business _____  b Commuting (see instructions) _____  c Other _____

| | | | |
|---|---|---|---|
| 45 | Was your vehicle available for personal use during off-duty hours? . . . . . . . . | ☐ Yes | ☐ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use? . . . . . . | ☐ Yes | ☐ No |
| 47a | Do you have evidence to support your deduction? . . . . . . . . . . | ☐ Yes | ☐ No |
| b | If "Yes," is the evidence written? . . . . . . . . . . . . . | ☐ Yes | ☐ No |

## Part V   Other Expenses.  List below business expenses not included on lines 8–26 or line 30.

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 48 | **Total other expenses.** Enter here and on line 27a . . . . . . . . | **48** | |

*Case 18-33158-JKS*

*Tax 2014*
*Business Close*
*No Job didnt*
*work*
*Exhibit (1)*



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 08-10-2019
Response Date: 08-10-2019
Tracking Number: 100463580808

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5931
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-1676

WILL MATH

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Aug. 05, 2019
ACCRUED PENALTY:          0.00          AS OF: Aug. 05, 2019

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       0.00
```

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

```
EXEMPTIONS:              00
FILING STATUS:           Married Filing Separate
ADJUSTED GROSS
   INCOME:
TAXABLE INCOME:
TAX PER RETURN:
SE TAXABLE INCOME
   TAXPAYER:
SE TAXABLE INCOME
   SPOUSE:
TOTAL SELF
   EMPLOYMENT TAX:
RETURN NOT PRESENT FOR THIS ACCOUNT
```

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| | No tax return filed | | | |
| 520 | Bankruptcy or other legal action filed | | 11-26-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

*Case 18-33158-JKS*

*2013*
*TAX*
*Separate*
*Exhibit (D)*



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 08-14-2018
Response Date: 08-14-2018
Tracking Number: 100403415776

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER:          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
SPOUSE TAXPAYER IDENTIFICATION NUMBER:  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

EVELYN E MATHIS


--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: Mar. 24, 2014
ACCRUED PENALTY:          0.00          AS OF: Mar. 24, 2014

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):        0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:              01
FILING STATUS:           Married Filing Separate
ADJUSTED GROSS
  INCOME:                47,016.00
TAXABLE INCOME:          25,563.00
TAX PER RETURN:          3,390.00
SE TAXABLE INCOME
  TAXPAYER:              0.00
SE TAXABLE INCOME
  SPOUSE:                0.00
TOTAL SELF
  EMPLOYMENT TAX:        0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2014
PROCESSING DATE                                              Mar. 17, 2014

TRANSACTIONS
CODE  EXPLANATION OF TRANSACTION        CYCLE     DATE          AMOUNT
150   Tax return filed                20140903  03-17-2014    $3,390.00
      16221-453-87358-4

806   W-2 or 1099 withholding                    04-15-2014   -$4,007.00

846   Refund issued                              03-03-2014      $617.00

898   Refund applied to non-IRS debt:            03-17-2014        $0.00
      $499.11

This Product Contains Sensitive Taxpayer Data

*Case (Document &)*    *Exhibit (D)*

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) | **2013** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

**U.S. Individual Income Tax Return**

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning _____ , 2013, ending _____ , 20 ____    See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Evelyn E | Mathis | 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 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| | | 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 |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

75 South Harrison St    2

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

East Orange NJ 07018

Foreign country name    Foreign province/state/county    Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ willie L Mathis
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
6b ☐ **Spouse** . . . . .

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

d Total number of exemptions claimed . . . . .

Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 47,016. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a |    b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a |    b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a |    b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 47,016. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 47,016. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 02/14/14 TTO    Form **1040** (2013)

Form 1040 (2013)

Page **2**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | | 38 | 47,016. |
| | 39a | Check if: ☐ **You** were born before January 2, 1949, ☐ Blind. ☐ **Spouse** was born before January 2, 1949, ☐ Blind. } Total boxes checked ▶ 39a ☐ | | | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b☐ | | | | |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | | | 40 | 17,553. |
| | 41 | Subtract line 40 from line 38 | | | 41 | 29,463. |
| | 42 | **Exemptions.** If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | | | 42 | 3,900. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | 43 | 25,563. |
| • All others: Single or Married filing separately, $6,100 | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | | | 44 | 3,390. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | | 45 | |
| | 46 | Add lines 44 and 45 | | ▶ | 46 | 3,390. |
| Married filing jointly or Qualifying widow(er), $12,200 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | | |
| Head of household, $8,950 | 49 | Education credits from Form 8863, line 19 | 49 | | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | | | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | | ▶ | 55 | 3,390. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | 58 | |
| | 59a | Household employment taxes from Schedule H | | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | | 59b | |
| | 60 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | | | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** | | ▶ | 61 | 3,390. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 4,007. | | |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | | | |
| | b | Nontaxable combat pay election | 64b | | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | | | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | | | |
| | 67 | Reserved | 67 | | | |
| | 68 | Amount paid with request for extension to file | 68 | | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 71 | | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** | | ▶ | 72 | 4,007. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | | 73 | 617. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | | 74a | 617. |
| Direct deposit? See instructions. | b | Routing number 1 1 4 9 2 4 7 4 2 ▶ c Type: ☒ Checking ☐ Savings | | | | |
| | d | Account number 9 8 2 2 1 2 8 1 9 9 7 7 | | | | |
| | 75 | Amount of line 73 you want **applied to your 2014 estimated tax** ▶ 75 | | | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | | | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | | | |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete below.** ☒ No

Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation **cash suspence clerk** | Daytime phone number **(973) 609-3490**

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

Print/Type preparer's name | Preparer's signature | | Date | Check ☐ if self-employed | PTIN

Firm's name ▶ **Self-Prepared** | Firm's EIN ▶

Firm's address ▶ | Phone no.

REV 02/14/14 TTO

Form **1040** (2013)

*Exhibit (D)*

| SCHEDULE A<br>(Form 1040) | **Itemized Deductions** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*.<br>▶ Attach to Form 1040. | 20**13**<br>Attachment<br>Sequence No. **07** |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| Evelyn E Mathis | 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 |

| Medical<br>and<br>Dental<br>Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | |
|---|---|---|---|---|
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 38 **2** | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was<br>born before January 2, 1949, multiply line 2 by 7.5% (.075) instead | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You<br>Paid** | 5 | State and local (check only one box):<br>a ☒ Income taxes, or<br>b ☐ General sales taxes | 5 | 1,241. |
| | 6 | Real estate taxes (see instructions) | 6 | 13,000. |
| | 7 | Personal property taxes | 7 | 73. |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 14,314. |
| **Interest<br>You Paid**<br><br>Note.<br>Your mortgage<br>interest<br>deduction may<br>be limited (see<br>instructions). | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 0. |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid<br>to the person from whom you bought the home, see instructions<br>and show that person's name, identifying no., and address ▶<br>_____ | 11 | |
| | 12 | Points not reported to you on Form 1098. See instructions for<br>special rules | 12 | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | 2,200. |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | |
| | 15 | Add lines 10 through 14 | 15 | 2,200. |
| **Gifts to<br>Charity**<br><br>If you made a<br>gift and got a<br>benefit for it,<br>see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more,<br>see instructions | 16 | 900. |
| | 17 | Other than by cash or check. If any gift of $250 or more, see<br>instructions. You **must** attach Form 8283 if over $500 | 17 | |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | 19 | 900. |
| **Casualty and<br>Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 20 | |
| **Job Expenses<br>and Certain<br>Miscellaneous<br>Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues,<br>job education, etc. Attach Form 2106 or 2106-EZ if required.<br>(See instructions.) ▶ Uniforms and protective clothing | 21 | 879. |
| | 22 | Tax preparation fees | 22 | 200. |
| | 23 | Other expenses—investment, safe deposit box, etc. List type<br>and amount ▶ _____ | 23 | |
| | 24 | Add lines 21 through 23 | 24 | 1,079. |
| | 25 | Enter amount from Form 1040, line 38 **25** 47,016. | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 940. |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | 27 | 139. |
| **Other<br>Miscellaneous<br>Deductions** | 28 | Other—from list in instructions. List type and amount ▶<br>_____ | 28 | |
| **Total<br>Itemized<br>Deductions** | 29 | Is Form 1040, line 38, over $150,000?<br>☒ **No.** Your deduction is not limited. Add the amounts in the far right column<br>for lines 4 through 28. Also, enter this amount on Form 1040, line 40.<br>☐ **Yes.** Your deduction may be limited. See the Itemized Deductions<br>Worksheet in the instructions to figure the amount to enter. | 29 | 17,553. |
| | 30 | If you elect to itemize deductions even though they are less than your standard<br>deduction, check here ▶ ☐ | | |

| For Paperwork Reduction Act Notice, see Form 1040 instructions. **BAA** | REV 02/14/14 TTO | Schedule A (Form 1040) 2013 |
|---|---|---|



Exhibit (D)



**NJ-1040**
**2013**
**Page 1**

040MP01130

### STATE OF NEW JERSEY INCOME TAX – RESIDENT RETURN

For Privacy Act Notification, See Instructions
For Tax Year Jan. – Dec. 2013 or Other Tax Year
Beginning _____, 20____ Month Ending _____, 20____
On-line Federal Extension Confirmation # _____

MATHIS EVELYN F

75 SOUTH HARRISON ST APT 2

EAST ORANGE            NJ  07018        0705

1555

146701676   137725931



Under the penalties of perjury, I declare that I have examined this income tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has any knowledge.

> _____    > _____
Your Signature          Date        Spouse/CU Partner's Signature (If filed jointly both must sign)

If enclosing copy of death certificate for deceased taxpayer, check box (See instruction page 13)

Paid Preparer's Signature                    Federal Identification Number

Firm's Name                          Federal Employer Identification Number

**SELF PREPARED**

Pay amount on Line 56 in full. Write Social Security number(s) on check or money order and make payable to: STATE OF NEW JERSEY – TGI

Mail your return in the envelope provided and affix the appropriate mailing label.

If you have an amount due on Line 56, enclose your check and NJ-1040-V payment voucher with your return and use the label for **PO Box 111.**

If not, use the label for **PO Box 555.**
You may also pay by e-check or credit card. See instruction page 11.

REV 01/16/14 TTO

*Exhibit (D)*



040MP02130

NJ-1040 (2013)                                                                                    PAGE 2

MATHIS EVELYN E

146701676                                                                                        1555

**Residency Status**   IF YOU WERE A NEW JERSEY RESIDENT FOR ONLY PART OF THE TAXABLE YEAR GIVE THE PERIOD OF NEW JERSEY RESIDENCY
FROM                 TO

**FILING STATUS**
1. SINGLE
2. MARRIED/CU COUPLE FILING JOINT RETURN
3. MARRIED/CU COUPLE FILING SEPARATE RETURN        ✕
4. HEAD OF HOUSEHOLD
5. QUALIFYING WIDOW(ER)-SURVIVING CU PARTNER

**EXEMPTIONS**
6. REGULAR                                                                1
7. AGE 65 OR OVER
8. BLIND OR DISABLED
9. NUMBER OF QUALIFIED DEPENDENT CHILDREN
10. NUMBER OF OTHER DEPENDENTS
11. DEPENDENTS ATTENDING COLLEGE
12A. TOTAL (LINE 12A - ADD LINES 6, 7, 8, AND 11)                           1
12B. TOTAL (LINE 12B - ADD LINES 9 AND 10)

**CHECKBOXES FOR EXEMPTIONS**

| REGULAR | SPOUSE CU PARTNER | DOMESTIC PARTNER |
| AGE 65 OR OLDER | YOURSELF | SPOUSE/CU PARTNER |
| BLIND OR DISABLED | YOURSELF | SPOUSE CU PARTNER |

**DEPENDENT'S INFORMATION FROM LINES 9 AND 10 (ATTACH RIDER IF MORE THAN FOUR)**

| LAST NAME, FIRST NAME, MIDDLE INITIAL | SOCIAL SECURITY NUMBER | BIRTH YEAR | HEALTH INS IND |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |

**GUBERNATORIAL ELECTIONS FUND**
DO YOU WISH TO DESIGNATE $1 OF YOUR TAXES FOR THIS FUND?                     YES        NO   ✕
IF JOINT RETURN, DOES YOUR SPOUSE/CU PARTNER WISH TO DESIGNATE $1?           YES        NO

| | | | |
|---|---|---|---|
| 14. | WAGES, SALARIES, TIPS, AND OTHER EMPLOYEE COMPENSATION (ENCL W-2) BE SURE TO USE STATE WAGES FROM BOX 16 OF YOUR W-2S (SEE INSTR.) | 14. | 49695 |
| 15A. | TAXABLE INTEREST INCOME (SEE INSTRUCTIONS) (ENCLOSE FEDERAL SCHEDULE B IF OVER $1,500) | 15A. | |
| 15B. | TAX EXEMPT INTEREST INCOME (SEE INSTRUCTIONS) (ENCLOSE SCHEDULE) DO NOT INCLUDE ON LINE 15A | 15B. | |
| 16. | DIVIDENDS | 16. | |
| 17. | NET PROFITS FROM BUSINESS (SCHEDULE NJ-BUS-1, PART I, LINE 4) (ENCLOSE COPY OF FEDERAL SCHEDULE C, FORM 1040) | 17. | |
| 18. | NET GAINS FROM DISPOSITION OF PROPERTY (SCHEDULE B, LINE 4) | 18. | |
| 19A. | PENSIONS, ANNUITIES, AND IRA WITHDRAWALS (SEE INSTRUCTION PAGE 26) | 19A. | |
| 19B. | EXCLUDABLE PENSIONS, ANNUITIES, AND IRA WITHDRAWALS | 19B. | |
| 20. | DISTRIBUTIVE SHARE OF PARTNERSHIP INCOME (SCH. NJ-BUS-1, PART II, LINE 4) (SEE INSTR. PAGE 23) (ENCLOSE SCH. NJK-1 OR FEDERAL SCHE-1) | 20. | |
| 21. | NET PRO RATA SHARE OF S CORPORATION INCOME (SCH. NJ-BUS-1, PART III, LINE 4) (SEE INSTR. PAGE 24) (ENCLOSE SCH. NJK-1 OR FEDERAL SCH. K-1) | 21. | |
| 22. | NET GAIN OR INCOME FROM RENTS, ROYALTIES, PATENTS & COPYRIGHTS (SCHEDULE NJ-BUS-1, PART IV, LINE 4) | 22. | |
| 23. | NET GAMBLING WINNINGS (SEE INSTRUCTION PAGE 24) | 23. | |
| 24. | ALIMONY AND SEPARATE MAINTENANCE PAYMENTS RECEIVED | 24. | |
| 25. | OTHER (ENCLOSE SCHEDULE) (SEE INSTRUCTION PAGE 24) | 25. | |
| 26. | TOTAL INCOME (ADD LINES 14, 15A, 16, 17, 18, 19A, AND 20 THROUGH 25) | 26. | 49695 |
| 27A. | PENSION EXCLUSION (SEE INSTRUCTION PAGE 25) | 27A. | |
| 27B. | OTHER RETIREMENT INCOME EXCLUSIONS (SEE WORKSHEET AND INSTRUCTION PAGE 26) | 27B. | |
| 27C. | TOTAL EXCLUSION AMOUNT (ADD LINE 27A AND LINE 27B) | 27C. | |
| 28. | NEW JERSEY GROSS INCOME (SUBTRACT LINE 27C FROM LINE 26) (SEE INSTRUCTION PAGE 27) | 28. | 49695 |
| 29. | TOTAL EXEMPTION AMOUNT (SEE INSTRUCTION PAGE 27 TO CALCULATE AMOUNT) (PART-YEAR RESIDENTS SEE INSTRUCTION PAGE 6) | 29. | 1000 |
| 30. | MEDICAL EXPENSES (SEE WORKSHEET AND INSTRUCTION PAGE 27) | 30. | |
| 31. | ALIMONY AND SEPARATE MAINTENANCE PAYMENTS | 31. | |
| 32. | QUALIFIED CONSERVATION CONTRIBUTION | 32. | |
| 33. | HEALTH ENTERPRISE ZONE DEDUCTION | 33. | |
| 34. | ALTERNATIVE BUSINESS CALCULATION ADJUSTMENT (SCHEDULE NJ-BUS-2, LINE 11) | 34. | |
| 35. | TOTAL EXEMPTIONS AND DEDUCTIONS (ADD LINES 29 THROUGH 34) | 35. | 1000 |
| 36. | TAXABLE INCOME (SUBTRACT LINE 35 FROM LINE 28) IF ZERO OR LESS, MAKE NO ENTRY | 36. | 48695 |

REV 01/16/14 TTO



040MP03130

NJ-1040 (2013)                                              PAGE 3

MATHIS EVELYN E

146701676                                                       1555

| | | | |
|---|---|---|---|
| 37A. | TOTAL PROPERTY TAXES PAID (SEE INSTRUCTION PAGE 29) | 37A. | 6500 . |
| 37B. | FILL IN OVAL IF YOU WERE A NEW JERSEY HOMEOWNER ON OCTOBER 1, 2013 | 37B. | |
| 37C. | PROPERTY TAX DEDUCTION (SEE INSTRUCTION PAGE 32) | 37C. | 5000 . |
| 38. | NEW JERSEY TAXABLE INCOME (SUBTRACT LINE 37C FROM LINE 36) IF ZERO OR LESS, MAKE NO ENTRY | 38. | 43695 . |
| 39. | TAX (FROM TAX TABLES, PAGE 53) | 39. | 921 . |
| 40. | THIS LINE IS NOT USED ON COMPUTER GENERATED RETURNS | 40. | |
| 41. | CREDIT FOR INCOME TAXES PAID TO OTHER JURISDICTIONS | 41. | |
| 41A. | JURISDICTION CODE (SEE INSTRUCTIONS) | 41A. | |
| 42. | BALANCE OF TAX (SUBTRACT LINE 41 FROM LINE 39) | 42. | 921 . |
| 43. | SHELTERED WORKSHOP TAX CREDIT | 43. | |
| 44. | BALANCE OF TAX AFTER CREDIT (SUBTRACT LINE 43 FROM LINE 42) | 44. | 921 . |
| 45. | USE TAX DUE ON INTERNET, MAIL-ORDER, OR OTHER OUT-OF-STATE PURCHASES (SEE WKST AND INSTR. PAGE 35) IF NO USE TAX, ENTER ZERO | 45. | 0 . |
| 46. | PENALTY FOR UNDERPAYMENT OF ESTIMATED TAX | 46. | |
| 46A. | FILL IN IF FORM 2210 IS ENCLOSED | 46A. | |
| 47. | TOTAL TAX AND PENALTY (ADD LINES 44, 45, AND 46) | 47. | 921 . |
| 48. | TOTAL NEW JERSEY INCOME TAX WITHHELD (ENCLOSE FORMS W-2 AND 1099) | 48. | 1035 . |
| 49. | PROPERTY TAX CREDIT (SEE INSTRUCTION PAGE 32) | 49. | |
| 50. | NEW JERSEY ESTIMATED TAX PAYMENTS/CREDIT FROM 2012 TAX RETURN | 50. | |
| 51. | NEW JERSEY EARNED INCOME TAX CREDIT (SEE INSTRUCTION PAGE 38) | 51. | |
| 51B. | FILL IN THE BOX IF YOU HAD THE IRS FIGURE YOUR FEDERAL EARNED INCOME CREDIT | 51B. | |
| 51C. | FILL IN THE BOX IF YOU ARE A CU COUPLE CLAIMING THE NJ EARNED INCOME TAX CREDIT | 51C. | |
| 52. | EXCESS NEW JERSEY UI/DI/SWF WITHHELD (SEE INSTRUCTION PAGE 38) (ENCLOSE FORM NJ-2450) | 52. | |
| 53. | EXCESS DISABILITY INSURANCE WITHHELD (SEE INSTRUCTION PAGE 38) (ENCLOSE FORM NJ-2450) | 53. | |
| 54. | EXCESS NEW JERSEY FAMILY LEAVE WITHHELD (SEE INSTRUCTION PAGE 38) (ENCLOSE FORM NJ-2450) | 54. | |
| 55. | TOTAL PAYMENTS/CREDITS (ADD LINES 48 THROUGH 54) | 55. | 1035 . |
| 56. | IF LINE 55 IS LESS THAN LINE 47, ENTER AMOUNT YOU OWE<br>IF YOU OWE TAX, YOU MAY MAKE A DONATION BY ENTERING AN AMOUNT ON LINES 59, 60, 61, 62, 63, AND 64 AND ADDING THIS TO YOUR PAYMENT AMOUNT | 56. | |
| 57. | IF LINE 55 IS MORE THAN LINE 47, ENTER OVERPAYMENT<br>DEDUCTIONS FROM OVERPAYMENT ON LINE 57 WHICH YOU ELECT TO CREDIT TO: | 57. | 114 . |
| 58. | YOUR 2014 TAX | 58. | |
| 59. | NEW JERSEY ENDANGERED WILDLIFE FUND | 59. | |
| 60. | NEW JERSEY CHILDREN'S TRUST FUND | 60. | |
| 61. | NEW JERSEY VIETNAM VETERANS' MEMORIAL FUND | 61. | |
| 62. | NEW JERSEY BREAST CANCER RESEARCH FUND | 62. | |
| 63. | U.S.S. NEW JERSEY EDUCATIONAL MUSEUM FUND | 63. | |
| 64. | OTHER DESIGNATED CONTRIBUTION (SEE INSTRUCTION PAGE 39) | 64. | |
| 64C. | DESIGNATION CODE | 64C. | |
| 65. | TOTAL DEDUCTIONS FROM OVERPAYMENT (ADD LINES 58 THROUGH 64) | 65. | |
| 66. | REFUND (AMOUNT TO BE SENT TO YOU. SUBTRACT LINE 65 FROM LINE 57) | 66. | 114 . |

## DIRECT DEPOSIT INFORMATION

| | | | |
|---|---|---|---|
| dd1. | REFUND CHECK BOX ('1' FOR REFUND, '4' FOR NO REFUND) | dd1. | 1 |
| dd2. | ACCOUNT TYPE ('C' FOR CHECKING, 'S' FOR SAVINGS) | dd2. | C |
| dd3. | FILL IN THE CHECKBOX IF REFUND IS GOING TO AN ACCOUNT OUTSIDE THE UNITED STATES | dd3. | |
| dd4. | ROUTING NUMBER | dd4. | 114924742 |
| dd5. | ACCOUNT NUMBER | dd5. | 9822128529977 |
| dum. | DO NOT MAIL INDICATOR | dum. | |
| na. | POWER OF ATTORNEY INDICATOR | na. | |
| udr. | PRESIDENTIAL DISASTER RELIEF INDICATOR | udr. | |

*Exhibit (D)*

## Tax Payments Worksheet                    2013
► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Evelyn E Mathis | 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 |

**Estimated Tax Payments for 2013**  (If more than 4 payments for any state or locality, see Tax Help)

| | Federal | | State | | | Local | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Amount | Date | Amount | ID | Date | Amount | ID |
| 1 | 04/15/13 | | 04/15/13 | | | 04/15/13 | | |
| 2 | 06/17/13 | | 06/17/13 | | | 06/17/13 | | |
| 3 | 09/16/13 | | 09/16/13 | | | 09/16/13 | | |
| 4 | 01/15/14 | | 01/15/14 | | | 01/15/14 | | |
| 5 | | | | | | | | |
| **Tot Estimated Payments . . .** | | | | | | | | |

| Tax Payments Other Than Withholding (If multiple states, see Tax Help) | Federal | State | ID | Local | ID |
|---|---|---|---|---|---|
| 6   Overpayments applied to 2013 . . . . | | | | | |
| 7   Credited by estates and trusts . . . . | | | | | |
| 8   **Totals**  Lines 1 through 7 . . . . . | | | | | |
| 9   2013 extensions . . . . . . . . . . . | | | | | |

| Taxes Withheld From: | Federal | State | Local |
|---|---|---|---|
| 10   Forms W-2 . . . . . . . . . . . . . . | 4,007. | 1,035. | 44. |
| 11   Forms W-2G . . . . . . . . . . . . . | | | |
| 12   Forms 1099-R . . . . . . . . . . . . | | | |
| 13   Forms 1099-MISC and 1099-G . . . . . | | | |
| 14   Schedules K-1 . . . . . . . . . . . . | | | |
| 15   Forms 1099- INT, DIV and OID . . . . . | | | |
| 16   Social Security and Railroad Benefits . . | | | |
| 17   Form 1099-B . . . . . . . . . . . . . | | | |
| 18 a  Other withholding . . . .  St ___ Loc ___ | | | |
| b   Other withholding . . . .  St ___ Loc ___ | | | |
| c   Other withholding . . . .  St ___ Loc ___ | | | |
| d   Positive Adjustment . . .  St ___ Loc ___ | | | |
| e   Negative Adjustment . .  St ___ Loc ___ | | | |
| f   Additional Medicare Tax . . | | | |
| 19   **Total Withholding**  Lines 10 through 18f . . | 4,007. | 1,035. | 44. |
| 20   **Total Tax Payments for 2013** . . . . . . . . | 4,007. | 1,035. | 44. |

| Prior Year Taxes Paid In 2013 (If multiple states or localities, see Tax Help) | State | ID | Local | ID |
|---|---|---|---|---|
| 21   Tax paid with 2012 extensions . . . . . . . . . | | | | |
| 22   2012 estimated tax paid after 12/31/2012 . . . . . | | | | |
| 23   Balance due paid with 2012 return . . . . . . . | | | | |
| 24   Other (amended returns, installment payments, etc) . . . | | | | |

*Case 18-33158 JKS*      *Exhibit (D)*

| Schedule A<br>Line 5 | **State and Local Tax Deduction Worksheet**<br>► Keep for your records | | 2013 |

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Evelyn E Mathis | 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 |

## State and Local Income Taxes

| | | | |
|---|---|---|---:|
| | **State income taxes:** | | |
| 1 | State income tax withheld. . . . . . . . . . . . . . . . . . . . . | 1 | 1,035. |
| 2 | 2013 state estimated taxes paid in 2013 . . . . . . . . . . . . . . . . | 2 | |
| 3 | 2012 state estimated taxes paid in 2013 . . . . . . . . . . . . . . . . | 3 | |
| 4 | Amount paid with 2012 state application for extension . . . . . . . . . . . . . | 4 | |
| 5 | Amount paid with 2012 state income tax return . . . . . . . . . . . . . . . | 5 | |
| 6 | Overpayment on 2012 state income tax return applied to 2013 tax . . . . . . . | 6 | |
| 7 | Other amounts paid in 2013 (amended returns, installment payments, etc.) . . . . | 7 | |
| 8 | State estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . | 8 | |
| | **Local income taxes:** | | |
| 9 | Local income tax withheld . . . . . . . . . . . . . . . . . . . . . | 9 | 44. |
| 10 | 2013 local estimated taxes paid in 2013. . . . . . . . . . . . . . . . . | 10 | |
| 11 | 2012 local estimated taxes paid in 2013. . . . . . . . . . . . . . . . . | 11 | |
| 12 | Amount paid with 2012 local application for extension . . . . . . . . . . . . | 12 | |
| 13 | Amount paid with 2012 local income tax return . . . . . . . . . . . . . . | 13 | |
| 14 | Overpayment on 2012 local income tax return applied to 2013 tax . . . . . . . | 14 | |
| 15 | Other amounts paid in 2013 (amended returns, installment payments, etc.) . . . . | 15 | |
| 16 | Local estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . | 16 | |
| | **Other:** | | |
| 17 | State mandatory taxes | 17 | 162. |
| 18 | **Total** Add lines 1 through 17 . . . . . . . . . . . . . . . . . . . | 18 | 1,241. |
| 19 | State and local refund allocated to 2013. . . . . . . . . . . . . . . . . | 19 | |
| 20 | Nondeductible state income tax from line 28 . . . . . . . . . . . . . . . | 20 | |
| 21 | **Total** reductions Add lines 19 and 20. . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total state and local income tax deduction** Line 18 less line 21 . . . . . . . . | 22 | 1,241. |

## Nondeductible State Income Tax (Hawaii Only)

| | | | |
|---|---|---|---:|
| 23 | Nontaxable federal employee cost of living allowance . . . . . . . . . . . . . | 23 | |
| 24 | Adjusted gross income . . . . . . . . . . . . . . . . . . . . . . . | 24 | |
| 25 | Add lines 23 and 24 . . . . . . . . . . . . . . . . . . . . . . . . | 25 | |
| 26 | *Nondeductible percent. Line 23 divided by line 25* . . . . . . . . . . . . . | 26 | % |
| 27 | Hawaii state income tax included in line 18 . . . . . . . . . . . . . . . . | 27 | |
| 28 | Nondeductible Hawaii state income tax. Multiply line 26 by line 27. . . . . . . . | 28 | |

*Exhibit (B)*

## Charitable Contributions Summary                    **2013**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Evelyn E Mathis | 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 |

### Part I    Cash Contributions Summary

| Name of Charitable Organization | (a) Total | (b) 50% Limit | (c) 30% Limit | (d) RESERVED for future use |
|---|---|---|---|---|
| Victory at Sunrise | 900. | 900. | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals: | 900. | 900. | | |

### Part II    Non-Cash Contributions Summary

| | Total | Other Property | | Capital Gain Property | |
|---|---|---|---|---|---|
| Name of Charitable Organization | (a) Total | (b) 50% Limit | (c) 30% Limit | (d) 30% Limit | (e) 20% Limit |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals: | | | | | |

### Part III    Contribution Carryovers to 2014

| | Total | Cash and Other Non-Capital Gain Property | | | Capital Gain Property | |
|---|---|---|---|---|---|---|
| | (a) Total | (b) RESERVED | (c) 50% Limit | (d) 30% Limit | (e) 30% Limit | (f) 20% Limit |
| 1 2013 contributions. . | 900. | | 900. | | | |
| 2 2013 contributions allowed | 900. | | 900. | 0. | 0. | 0. |
| 3 Carryovers from: | | | | | | |
| a 2012 tax year . . . . | | | | | | |
| b 2010 tax year . . . . | | | | | | |
| c 2009 tax year . . . . | | | | | | |
| d 2008 tax year . . . . | | | | | | |
| e 2007 tax year . . . . | | | | | | |
| 4 Carryovers allowed in 2013 | 0. | | 0. | 0. | 0. | 0. |
| 5 Carryovers disallowed in 2013 | 0. | | 0. | 0. | 0. | 0. |
| 6 Carryovers to 2014: | | | | | | |
| a From 2013 . . . . . . | 0. | | 0. | 0. | 0. | 0. |
| b From 2012 . . . . . . | | | | | | |
| c From 2010 . . . . . . | | | | | | |
| d From 2009 . . . . . . | | | | | | |
| e From 2008 . . . . . . | | | | | | |
| f From 2007 (expired) . | | | | | | |

### Part IV    Special Situations in Your Return for Current Year Donations

| | | | |
|---|---|---|---|
| 1 | Was the **entire interest** given for all property donated to all charities?  . . . . . ► | [X] Yes | ☐ No |
| 2 | Were **restrictions** attached to any charities's right to use or dispose of any property donated to any charity? . . . . . . . . . . . . . ► | ☐ Yes | [X] No |
| 3 | Did you give to anyone other than the charity the right to income from any of the donated property or to possession of any of the donated property? . . . . . ► | ☐ Yes | [X] No |
| 4 | Was any charity other than a 50% charity? | ☐ Yes | [X] No |

*Case 18-33158 JKS*                                                    *Exhibit (D)*

# Federal Carryover Worksheet                                    **2013**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| Evelyn E Mathis | 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 |

**2012 State and Local Income Tax Information** (See Tax Help)

| (a) State or Local ID | (b) Paid With Extension | (c) Estimates Pd After 12/31 | (d) Total With-held/Pmts | (e) Paid With Return | (f) Total Over-payment | (g) Applied Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals . . | | | | | | |

| Other Tax and Income Information | | 2012 | 2013 |
|---|---|---|---|
| 1  Filing status . . . . . . . . . . . . . . . . . . . . . . . . | 1 | | 3 MFS |
| 2  Number of exemptions for blind or over 65 (0 - 4) . . . . . . . . | 2 | | |
| 3  Itemized deductions . . . . . . . . . . . . . . . . . . | 3 | | 17,553. |
| 4  Check box if required to itemize deductions . . . . . . . . . . . | 4 | | |
| 5  Adjusted gross income . . . . . . . . . . . . . . . . . | 5 | | 47,016. |
| 6  Tax liability for Form 2210 or Form 2210-F . . . . . . . . . . | 6 | | 3,390. |
| 7  Alternative minimum tax . . . . . . . . . . . . . . . . . . | 7 | | |
| 8  Federal overpayment applied to next year estimated tax . . . . . | 8 | | |

QuickZoom to the IRA Information Worksheet for IRA information . . . . . . . . . . . . . . . . . ►

| Excess Contributions | | 2012 | 2013 |
|---|---|---|---|
| 9 a  Taxpayer's excess Archer MSA contributions as of 12/31 . . . . | 9 a | | |
|   b  Spouse's excess Archer MSA contributions as of 12/31 . . . . . | b | | |
| 10 a  Taxpayer's excess Coverdell ESA contributions as of 12/31 . . . | 10 a | | |
|   b  Spouse's excess Coverdell ESA contributions as of 12/31 . . . . | b | | |
| 11 a  Taxpayer's excess HSA contributions as of 12/31 . . . . . . . | 11 a | | |
|   b  Spouse's excess HSA contributions as of 12/31 . . . . . . . . | b | | |

| Loss and Expense Carryovers | | 2012 | 2013 |
|---|---|---|---|
| Note: Enter all entries as a positive amount | | | |
| 12 a  Short-term capital loss . . . . . . . . . . . . . . . . . . | 12 a | | |
|   b  AMT Short-term capital loss . . . . . . . . . . . . . . . | b | | |
| 13 a  Long-term capital loss . . . . . . . . . . . . . . . . . . | 13 a | | |
|   b  AMT Long-term capital loss . . . . . . . . . . . . . . . . | b | | |
| 14 a  Net operating loss available to carry forward . . . . . . . . . | 14 a | | |
|   b  AMT Net operating loss available to carry forward . . . . . . | b | | |
| 15 a  Investment interest expense disallowed . . . . . . . . . . . | 15 a | | |
|   b  AMT Investment interest expense disallowed . . . . . . . . | b | | |
| 16  Nonrecaptured net Section 1231 losses from:  a  2013 . . . | 16 a | | |
|                                                  b  2012 . . . | b | | |
|                                                  c  2011 . . . | c | | |
|                                                  d  2010 . . . | d | | |
|                                                  e  2009 . . . | e | | |
|                                                  f  2008 . . . | f | | |

CUSTOMER SERVICE: 800-717-7228

## The Citizens Banking Company Refund Processing Agreement ('Agreement')

| Name | Social Security No. |
|---|---|
| Evelyn E Mathis | 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 |

This Agreement contains important terms, conditions and disclosures about the processing of your refund by The Citizens Banking Company of Sandusky, OH ('BANK'). Read this Agreement carefully before accepting its terms and conditions, and print a copy and/or retain this information electronically for future reference. As used in this Agreement, the words 'you' and 'your' refer to the applicant or both the applicant and joint applicant if the 2013 federal income tax return is a joint return (individually and collectively, 'Applicant'). The words 'we,' 'us' and 'our' refer to BANK. The term 'Servicer' or 'Processor' refer to the BANK's third party processor, Santa Barbara Tax Products Group, LLC.

1. **NOTICE:** No Requirement To Have BANK Process Your Refund In Order To File Electronically.
YOU UNDERSTAND THAT BANK CHARGES A REFUND PROCESSING SERVICE FEE OF $29.99 TO ESTABLISH A TEMPORARY ACCOUNT TO RECEIVE YOUR FEDERAL TAX REFUND, TO DEDUCT YOUR TURBOTAX FEES FROM THAT ACCOUNT, AND TO FORWARD FUNDS TO YOU. THE REFUND PROCESSING SERVICE FEE IS NOT A LOAN; IT IS DUE TO BANK WHETHER OR NOT THE REFUND PROCESSING SERVICE OCCURS. YOU CAN AVOID THIS FEE AND NOT USE BANK'S REFUND PROCESSING SERVICE BY, INSTEAD, PAYING THE APPLICABLE TURBOTAX FEES TO INTUIT BY CREDIT OR DEBIT CARD AT THE TIME YOU FILE YOUR 2013 FEDERAL INCOME TAX RETURN AND ELECTING TO HAVE YOUR REFUND DIRECTLY DEPOSITED IN YOUR OWN BANK ACCOUNT OR MAILED TO YOU. IF YOU DO USE THE REFUND PROCESSING SERVICE, YOU CAN EXPECT TO RECEIVE THE PROCEEDS FROM YOUR FEDERAL TAX REFUND WITHIN 21 DAYS FROM WHEN THE IRS ACCEPTS YOUR RETURN UNLESS THERE ARE PROCESSING DELAYS BY THE IRS. THE REFUND PROCESSING SERVICE WILL NEITHER SPEED UP NOR DELAY YOUR FEDERAL TAX REFUND. IF YOU DO NOT USE THE REFUND PROCESSING SERVICE, BUT DO FILE YOUR TAX RETURN ELECTRONICALLY, AND HAVE YOUR FEDERAL TAX REFUND DIRECTLY DEPOSITED INTO A BANK ACCOUNT, YOU CAN EXPECT TO RECEIVE YOUR REFUND WITHIN 21 DAYS FROM WHEN THE IRS ACCEPTS YOUR RETURN UNLESS THERE ARE PROCESSING DELAYS BY THE IRS. IF YOU ELECT TO RECEIVE YOUR FEDERAL TAX REFUND THROUGH THE MAIL, YOU CAN EXPECT TO RECEIVE YOUR REFUND IN 3 TO 4 WEEKS FROM WHEN THE IRS ACCEPTS YOUR RETURN. THE COST OF PREPARING YOUR TAX RETURN IS NOT ANY MORE OR LESS IF YOU PURCHASE THE REFUND PROCESSING SERVICE.

2. **Authorization to Release Personal Information.** You authorize the Internal Revenue Service ('IRS') to disclose any information to BANK related to the funding of your 2013 federal tax refund. You also authorize Intuit, as the transmitter of your electronically filed tax return, to disclose your tax return and contact information to BANK and Processor for use in connection with the refund processing services being provided pursuant to this Agreement and BANK to share your information with Intuit. Neither Intuit, BANK, nor Processor will disclose or use your tax return information for any other purpose, except as permitted by law. BANK and Processor will not use your tax information or contact information for any marketing purpose. For more information concerning our privacy policy please see the disclosures at the end of this Agreement describing how BANK may use or share your personal information.

3. **Summary of Terms**

| | | |
|---|---|---:|
| Expected Federal Refund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 617.00 |
| Less BANK Refund Processing Service Fee . . . . . . . . . . . . . . . . . . . . . . . . | $ | 29.99 |
| Less TurboTax Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 56.98 |
| Less Additional Products and Services Purchased . . . . . . . . . . . . . . . . . . . . | $ | |
| **Expected Proceeds*** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 530.03 |

*These charges are itemized. This is only an estimate. The amount will be reduced by any applicable sales taxes, and if applicable, returned item and other processing fee (paid to BANK's Processor) as set forth in paragraphs 4 and 7 below.

*(Case 18-33158 ... Document ... Page 35 of 80)*

Evelyn E Mathis                                      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   Page **2**

**4. Temporary Deposit Account Authorization.** You hereby authorize BANK to establish a temporary deposit account ('Deposit Account') for the purpose of receiving your tax year 2013 federal tax refund from the IRS. BANK must receive an acknowledgement from the IRS that your return has been electronically filed and accepted for processing before the Deposit Account can be opened. You authorize BANK to deduct from your Deposit Account the following amounts: (i) the BANK refund processing fee; (ii) the fees and charges related to the preparation, processing and transmission of your tax return (TurboTax Fees); and, (iii) amounts to pay for additional products and services purchased plus applicable taxes. You also authorize BANK to deduct twenty dollars ($20) as a returned item processing fee from your Deposit Account in the event that your deposit is returned or you provide incorrect bank account or routing information, as set forth in the Note below paragraph 7 below. This fee shall be paid by BANK to its Processor. You authorize BANK to disburse the balance of the Deposit Account to you after making all authorized deductions or payments.

**5. Acknowledgements.** (a) You understand that: (i) BANK cannot guarantee the amount of your tax year 2013 federal tax refund or the date it will be issued, and (ii) BANK is not affiliated with the transmitter of the tax return (Intuit) and does not warrant the accuracy of the software used to prepare the tax return. (b) You agree that Intuit is not acting as your agent and is not under any fiduciary duty with respect to the processing of your refund by BANK. (c) Your refund may be held or returned to the IRS if it is suspected of fraud or identity theft.

**6. Truth in Savings Disclosure.** The Deposit Account is being opened for the purpose of receiving your (both spouses if this is a jointly filed return) tax year 2013 federal tax refund. We will charge the fees set forth in Section 3 including $ 29.99     for opening and maintaining the Account. No other deposits may be made to the Deposit Account. No withdrawals will be allowed from the Deposit Account except as provided in Section 4. No interest is payable on the deposit; thus, the annual percentage yield and interest rate are 0%. The Deposit Account will be closed after all authorized deductions have been made and any remaining balance has been disbursed to you. We will also charge a Return Item Fee of $20 if the refund cannot be delivered as directed in Section 4 of this application. an Account Research and Legal Processing fee of $25 may be charged if we are required to provide additional processing to return the funds to the IRS. These fees will be paid by BANK to its Processor. Questions or concerns about the Deposit Account should be directed to: The Citizens Banking Company, 11085 North Torrey Pines road, Suite 210, La Jolla, CA 92037 or via the Internet at http://cisc.sbtpg.com.

**7. Disbursement Method:** You agree that the disbursement method selected below will be used by BANK to disburse funds to you.

a [ X ]    Direct Deposit to Prepaid Debit Card: If you choose this option, you authorize BANK to transfer the balance of your Deposit Account to the financial institution that supports your prepaid debit card, so that the financial institution may deposit the balance of your refund, as directed by you, on the respective prepaid debit card you have selected. **Additional fees will be charged for the use of the card. Please review the cardholder agreement associated with the use of your prepaid debit card provided by the participating financial institution to learn of other fees, charges, terms and conditions that will apply. BANK will not be responsible for your funds once they have been deposited with the respective financial institution.**

b [  ]    Direct Deposit to Checking or Savings Account: If you choose this option, the balance of your Deposit Account will be disbursed to you electronically by ACH Direct Deposit to your personal bank or another account designated below. If a joint return is filed, the bank account may be a joint account or the individual account of either spouse.

**DIRECT DEPOSIT ACCOUNT TYPE:**
[  ]    Checking
[  ]    Savings
RTN number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
Account number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**Note:** To ensure that there are no delays in receiving your refund, please contact your financial institution to confirm that you are using the correct RTN (routing) and account number. If you or your representative enter your account information incorrectly and your deposit is returned to  BANK, the Deposit Account balance minus a $20 returned item processing fee will be disbursed to you via a cashier's check mailed to your physical address of record. The BANK, its Processor or Intuit are **not** responsible for the misapplication of a direct deposit that results from error, negligence or malfeasance

on the part of you or your representative. The BANK will make every effort to deliver your Deposit Account balance to you. In cases where the BANK has received your federal tax refund but is unable to deliver the funds directly to you, funds may be held at the BANK until claimed, or returned to the IRS or State of residency. Additonal return item and processing fees may be deducted from the Deposit Account for federal tax refunds that continue to be undeliverable and unclaimed and must be returned to the IRS or State. The amount of additional processing fees will be determined by the efforts required and the complexity of the transaction but will not exceed $25. Processing fees will be paid by BANK to Processor.

**8. Federal Electronic Fund Transfer Act Disclosures.** The Federal Electronic Fund Transfer Act provides you with certain rights and obligations regarding the Federal and state income tax refund that will be electronically deposited into your Account established at The Citizens Banking Company for that purpose. If you believe that there is an error or if you have a question about your Account, write to The Citizens Banking Company, 11085 North Torrey Pines Road, Suite 210, La Jolla, California 92037 or telephone (800) 901-6663 and provide The Citizens Banking Company with your name, a description or explanation of the error and the dollar amount of the suspected error. The Citizens Banking Company will advise you of the results of its investigation within 10 business days.

**Business Days:** Our business days are Monday through Friday, excluding federal holidays. Saturday, Sunday, and federal holidays are not considered business days, even if we are open.

**Confidentiality:** We will disclose information to third parties about your account or the transfers you make:

- To complete transfers as necessary;
- To verify the existence and condition of your account upon the request of a third party, such as a credit bureau or merchant; or
- To comply with government agency or court orders; or
- If you give us your written permission; or
- As explained in the Privacy section of this disclosure

**Our Liability:** If we do not complete a transfer to your account on time or in the correct amount according to our agreement with you, we may be liable for your losses or damages. In addition to all other limitations of our liability set forth in this Agreement, we will not be liable to you if, among other things:

- Circumstances beyond our control (natural disasters, such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
- The funds in your account are subject to legal process or other claim restricting such transfer.

**9. Compensation.** In addition to any fees paid directly by you to Intuit, BANK will pay a portion of BANK's refund processing fee to: Intuit in consideration of Intuit's provision of various programming, testing, data processing, transmission, systems maintenance, status reporting and other software, technical and communications services. Additionally the BANK will pay compensation to the Servicer for its role as a processing agent.

**10. Governing Law.** The enforcement and interpretation of this Agreement and the transactions contemplated herein shall be governed by the laws of the United States, including the Electronic Signatures in Global and National Commerce Act, and, to the extent state law applies, the substantive law of Ohio.

**11. Arbitration Provision.** This arbitration provision is made pursuant to a transaction involving interstate commerce and shall be governed by the Federal Arbitration Act. You agree that any and all disputes which in any way arise out of or relate to this Agreement, shall be resolved solely by binding arbitration before the American Arbitration Association ('AAA') before a single arbitrator in arbitration commenced as close as possible to where you reside. Any and all disputes must be brought in the parties' individual capacity, and not as a plaintiff or class member in any purported class or representative proceeding. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. Each party to any such arbitration shall bear its own separate costs and expenses of the arbitration and shall share equally in the charges of the AAA, including the fee of the arbitrator. However, if you are unable to pay any fee of the AAA or the arbitrator, we agree to pay those fees for you. By agreeing to arbitration, you and we are waiving our rights to file a lawsuit and proceed in court and to have a jury trial to resolve disputes. The word 'disputes' is given its broadest possible meaning, and includes all claims; disputes or controversies, including without limitation any claim or attempt to set aside this arbitration provision.

*Cuse 18-33158-JKS    Exhibit (D)*

**12. USA Patriot Act Disclosure.** To help the government fight the funding of terrorism and money laundering activities. Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When we open a Deposit Account for you for the purpose of receiving your IRS federal tax refund or if you apply for one of our products, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask for your driver's license information or information from other identifying documents of yours.

**Your Agreement**

By selecting the ⌈'I Agree'⌉ button in TurboTax: (i) You authorize BANK to receive your 2013 federal tax refund from the IRS and to make the deductions from your refund described in the Agreement, (ii) You agree to receive all Communications electronically in accordance with the 'Consent to Conduct Business Electronically' section of the License Agreement for Tax Year 2013 TurboTax(R) Software and Services, as the term 'Communications' is defined therein, (iii) You consent to the release of your 2013 federal tax refund deposit information and application information as described in Section 2 of this Agreement; and (iv) You acknowledge that you have reviewed, and agree to be bound by, the Agreement's terms and conditions. If this is a joint return, selecting ⌈'I Agree'⌉ indicates that both spouses agree to be bound by the terms and conditions of the Agreement.

*Case 18-33158 JKS*          *Exhibit D*

Evelyn E Mathis                                              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

CUSTOMER SERVICE: 800-717-7228

| **FACTS** | What does The Citizens Banking Company do with your Personal Information? |
|---|---|

| Why? | Financial Companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|
| What? | The types of personal information that we collect and share depend on the product or service you have with us. This can include:<br><br>• Social Security number and account balances<br>• payment history and transaction history<br>• overdraft history and account transactions<br><br>When you are no longer our customer, we continue to share your information as described in this notice. |
| How? | All Financial Companies need to share customers' personal information to run their everyday business. In the section below we list the reasons financial companies can share their customers' personal information; the reasons The Citizens Banking Company chooses to share and whether you can limit the sharing. |

| Reasons we can share your personal information | Does The Citizens Banking Company Share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes such as to process your transaction, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | Yes | No |
| For our marketing purposes — to offer our products and services to you. | No | We don't share |
| For joint marketing with other financial companies. | No | We don't share |
| For our affiliates' everyday business purposes — information about your transactions and experiences. | No | We don't share |
| For our affiliates' everyday business purposes — information about your creditworthiness. | No | We don't share |
| For our affiliates to market to you. | No | We don't share |
| For non affiliates to market to you. | No | We don't share |

| Questions? | Toll Free: 800-717-7228 or go to www.citizensbankco.com |
|---|---|

*Case 18-33158-JKS... (D)*

| Who we are | |
|---|---|
| Who is providing this notice? | The Citizens Banking Company |

| What we do | |
|---|---|
| How does The Citizens Banking Company protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does The Citizens Banking Company collect my personal information? | We collect personal information about you when you apply for a tax related product. This includes information in your application, such as your name, address, social security number, income, deductions, refund and the like. We also collect information about your transactions with us., tax preparers and similar providers, such as payment histories, balances due, and tax information. We may also collect information concerning your credit history from a consumer reporting agency. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only:<br><br>● Sharing for affiliates everyday business purposes — information about your creditworthiness,<br>● Affiliates from using your information to market to you,<br>● Sharing for non affiliates to market to you.<br><br>State laws and individual companies may give you additional rights to limit sharing. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>● The Citizens Banking Company does not share with our affiliates. |
| Non affiliates | Companies not related by common ownership or control. They can be financial or nonfinancial companies.<br><br>● The Citizens Banking Company does not share with non affiliates so they can market to you. |
| Joint Marketing | A formal joint marketing agreement between non affiliated financial companies that together market financial products or services to you.<br><br>● The Citizens Banking Company does not jointly market. |

| Other Important Information | |
|---|---|
| This Notice is adopted in recognition of our obligations under Title V of Gramm-Leach Bliley Act of 1999. This Notice applies only to individuals who have applied for a tax-related bank product. | |

sbla1514.SCR   12/16/13

*Case 18          Exhibit (D)*

# ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING

**Taxpayer:** Evelyn E Mathis
**Primary SSN:** 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

**Federal Return Submitted:** February 22, 2014   10:31 AM PST
**Federal Return Acceptance Date:** _____

Your return was electronically transmitted on 02/22/2014

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

## 1. THE INTUIT ELECTRONIC POSTMARK.
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

## TIMELY FILING:
For your federal return to be considered filed on time, your return must be postmarked on or before midnight April 15, 2014. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone and you electronically file your return at 9 AM on April 15, 2014, your Intuit electronic postmark will indicate April 15, 2014, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before April 15, 2014, and a corrected return is submitted and accepted before April 20, 2014. If your return is submitted after April 20, 2014, a new time stamp is issued to reflect that your return was submitted after the IRS deadline and, consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight October 15, 2014 If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before October 15, 2014, and the corrected return is submitted and accepted by October 20, 2014.

## 2. THE ACCEPTANCE DATE.
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.

*Case 18-33158-JKS*

*TAX 2014*
*File Separate*
*Exhibit (E)*



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 08-14-2018
Response Date: 08-14-2018
Tracking Number: 100403413710

Tax Return Transcript

SSN Provided: 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
Tax Period Ending:  Dec. 31, 2014

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable.  They do not show subsequent
activity on the account.

SSN:  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
SPOUSE SSN:  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

NAME(S) SHOWN ON RETURN: EVELYN E MATHIS

ADDRESS: 75 S HARRISON ST
         EAST ORANGE, NJ 07018-1701-753

FILING STATUS:
...Married filing separate return and spouse is not required to file a return
FORM NUMBER:                                               1040
CYCLE POSTED:                                         20152505
RECEIVED DATE:                                      Jun.04, 2015
REMITTANCE:                                             $0.00
EXEMPTION NUMBER:                                          2
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PTIN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC:.......................................$43,976.00
TAXABLE INTEREST INCOME: SCH B:........................................$0.00
TAX-EXEMPT INTEREST:...................................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:.......................................$0.00
QUALIFIED DIVIDENDS:...................................................$0.00
REFUNDS OF STATE/LOCAL TAXES:..........................................$0.00
ALIMONY RECEIVED:......................................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):..................................$0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:...........................$0.00
CAPITAL GAIN OR LOSS: (Schedule D):....................................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:.............................$0.00
OTHER GAINS OR LOSSES (Form 4797):.....................................$0.00
TOTAL IRA DISTRIBUTIONS:...............................................$0.00
TAXABLE IRA DISTRIBUTIONS:.............................................$0.00
TOTAL PENSIONS AND ANNUITIES:..........................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:....................................$5,000.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):..........................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:.............$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:.................................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:.................................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:...........................$0.00
FARM INCOME OR LOSS (Schedule F):......................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:.........................$0.00
UNEMPLOYMENT COMPENSATION:.............................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:........................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:......................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:.........................$0.00
OTHER INCOME:......................................................$4,934.00
SCHEDULE EIC SE INCOME PER COMPUTER:...................................$0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:...............................$0.00
SCH EIC DISQUALIFIED INC COMPUTER:.....................................$0.00
TOTAL INCOME:.....................................................$53,910.00
TOTAL INCOME PER COMPUTER:........................................$53,910.00

Adjustments to Income

EDUCATOR EXPENSES:.....................................................$0.00
EDUCATOR EXPENSES PER COMPUTER:........................................$0.00
RESERVIST AND OTHER BUSINESS EXPENSE:..................................$0.00

```
HEALTH SAVINGS ACCT DEDUCTION:...........................................$0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:................................$0.00
MOVING EXPENSES: F3903:..................................................$0.00
SELF EMPLOYMENT TAX DEDUCTION:...........................................$0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:..............................$0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:........................................$0.00
SELF-EMP HEALTH INS DEDUCTION:...........................................$0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:.....................................$0.00
ALIMONY PAID SSN:.......................................................
ALIMONY PAID:............................................................$0.00
IRA DEDUCTION:...........................................................$0.00
IRA DEDUCTION PER COMPUTER:..............................................$0.00
STUDENT LOAN INTEREST DEDUCTION:.........................................$0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:............................$0.00
TUITION AND FEES DEDUCTION:..............................................$0.00
TUITION AND FEES DEDUCTION PER COMPUTER:.................................$0.00
JURY DUTY PAY DEDUCTION:.................................................$0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:................................$0.00
OTHER ADJUSTMENTS:.......................................................$0.00
ARCHER MSA DEDUCTION:....................................................$0.00
ARCHER MSA DEDUCTION PER COMPUTER:.......................................$0.00
TOTAL ADJUSTMENTS:.......................................................$0.00
TOTAL ADJUSTMENTS PER COMPUTER:..........................................$0.00
ADJUSTED GROSS INCOME:..............................................$53,910.00
ADJUSTED GROSS INCOME PER COMPUTER:.................................$53,910.00
```

Tax and Credits

```
65-OR-OVER:................................................................NO
BLIND:.....................................................................NO
SPOUSE 65-OR-OVER:.........................................................NO
SPOUSE BLIND:..............................................................NO
STANDARD DEDUCTION PER COMPUTER:....................................$6,200.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:..............................$0.00
TAX TABLE INCOME PER COMPUTER:.....................................$47,710.00
EXEMPTION AMOUNT PER COMPUTER:......................................$7,900.00
TAXABLE INCOME:....................................................$39,810.00
TAXABLE INCOME PER COMPUTER:.......................................$39,810.00
TOTAL POSITIVE INCOME PER COMPUTER:................................$53,910.00
TENTATIVE TAX:......................................................$5,813.00
TENTATIVE TAX PER COMPUTER:.........................................$5,813.00
FORM 8814 ADDITIONAL TAX AMOUNT:.........................................$0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:..........................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:.......................................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:..........................$0.00
FOREIGN TAX CREDIT:......................................................$0.00
FOREIGN TAX CREDIT PER COMPUTER:.........................................$0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:...................................$0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:...............................$0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT AMOUNT:......................$0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT VERIFIED AMOUNT:.............$0.00
CHILD & DEPENDENT CARE CREDIT:...........................................$0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:..............................$0.00
CREDIT FOR ELDERLY AND DISABLED:.........................................$0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:............................$0.00
EDUCATION CREDIT:........................................................$0.00
EDUCATION CREDIT PER COMPUTER:...........................................$0.00
GROSS EDUCATION CREDIT PER COMPUTER:.....................................$0.00
RETIREMENT SAVINGS CNTRB CREDIT:.........................................$0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:............................$0.00
PRIM RET SAV CNTRB: F8880 LN6A:..........................................$0.00
SEC RET SAV CNTRB: F8880 LN6B:...........................................$0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:......................$0.00
RESIDENTIAL ENERGY CREDIT:...............................................$0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:..................................$0.00
CHILD TAX CREDIT:........................................................$0.00
CHILD TAX CREDIT PER COMPUTER:...........................................$0.00
ADOPTION CREDIT: F8839:..................................................$0.00
ADOPTION CREDIT PER COMPUTER:............................................$0.00
DC 1ST TIME HOMEBUYERS CREDIT:...........................................$0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:..............................$0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:...................................$0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:......................$0.00
F3800, F8801 AND OTHER CREDIT AMOUNT:....................................$0.00
FORM 3800 GENERAL BUSINESS CREDITS:......................................$0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:.........................$0.00
PRIOR YR MIN TAX CREDIT: F8801:..........................................$0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:.............................$0.00
F8834 ELECTRIC VEHICLE CREDIT AMOUNT:....................................$0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:..............................$0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:...........................$0.00
OTHER CREDITS:...........................................................$0.00
TOTAL CREDITS:...........................................................$0.00
TOTAL CREDITS PER COMPUTER:..............................................$0.00
INCOME TAX AFTER CREDITS PER COMPUTER:..............................$5,813.00
```

Other Taxes

```
SE TAX:..................................................................$0.00
SE TAX PER COMPUTER:.....................................................$0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:.....................$0.00
```

```
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:........$0.00
TAX ON QUALIFIED PLANS F5329 (PR):.................................$500.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:.........................$500.00
IRAF TAX PER COMPUTER:...............................................$0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:...................$6,313.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:....................$6,313.00
OTHER TAXES PER COMPUTER:............................................$0.00
UNPAID FICA ON REPORTED TIPS:.......................................$0.00
OTHER TAXES:........................................................$0.00
RECAPTURE TAX: F8611:...............................................$0.00
HOUSEHOLD EMPLOYMENT TAXES:.........................................$0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:............................$0.00
RECAPTURE TAXES:....................................................$0.00
TOTAL ASSESSMENT PER COMPUTER:...................................$6,313.00
TOTAL TAX LIABILITY TP FIGURES:..................................$6,313.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:.....................$6,313.00

Payments

FEDERAL INCOME TAX WITHHELD:.....................................$4,351.00
HEALTH CARE: INDIVIDUAL RESPONSIBILITY:.............................$0.00
HEALTH CARE FULL-YEAR COVERAGE INDICATOR:..............................1
COBRA PREMIUM SUBSIDY:..............................................$0.00
ESTIMATED TAX PAYMENTS:.............................................$0.00
OTHER PAYMENT CREDIT:...............................................$0.00
REFUNDABLE EDUCATION CREDIT:........................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:...........................$0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:...............................$0.00
EARNED INCOME CREDIT:...............................................$0.00
EARNED INCOME CREDIT PER COMPUTER:..................................$0.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:.........................$0.00
SCHEDULE 8812 NONTAXABLE COMBAT PAY:................................$0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:.........................$0.00
SCHEDULE 8812 TOT SS/MEDICARE WITHHELD:.............................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT:..........................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:.............$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:.................$0.00
AMOUNT PAID WITH FORM 4868:.........................................$0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:......................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:..........................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:.............$0.00
HEALTH COVERAGE TX CR: F8885:.......................................$0.00
FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX:................$0.00
PREMIUM TAX CREDIT AMOUNT:..........................................$0.00
PREMIUM TAX CREDIT VERIFIED AMOUNT:.................................$0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:..................$0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:................$0.00
FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT:.......................$0.00
FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER:...........$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER:.......................$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2):...................$0.00
FORM 2439 AND OTHER CREDITS:........................................$0.00
TOTAL PAYMENTS:..................................................$4,351.00
TOTAL PAYMENTS PER COMPUTER:.....................................$4,351.00

Refund or Amount Owed

AMOUNT YOU OWE:..................................................$1,989.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:...............................$0.00
ESTIMATED TAX PENALTY:.............................................$27.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:.......................$0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:.....................$1,989.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:........................$1,989.00
FORM 8888 TOTAL REFUND PER COMPUTER:................................$0.00

Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:.......................................
AUTHORIZATION INDICATOR:............................................0
THIRD PARTY DESIGNEE NAME:............................................

Form 8863 - Education Credits (Hope and Lifetime Learning Credits)


PART III - ALLOWABLE EDUCATION CREDITS

GROSS EDUCATION CR PER COMPUTER:....................................$0.00
TOTAL EDUCATION CREDIT AMOUNT:......................................$0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:.........................$0.00
            This Product Contains Sensitive Taxpayer Data
```

*Case 18-33158-JKS*          *Exhibit (E)*





Prepared For:
EVELYN E. MATHIS

04/28/2015

## Today's Savings

\*   By participating in a qualified retirement plan through your employer this year and making          $337.00
    your contributions with pretax dollars, you reduced your taxes by:

\*   In simple terms, the Marginal Tax Rate is the tax rate that you pay on your last dollar of taxable
    income. It is the highest federal tax bracket that affects your tax calculation. The Effective Tax
    Rate is the percentage of your total income that you paid in taxes. For 2014, your Marginal Tax
    Rate is 25% and your Effective Tax Rate is 12%.

Total Savings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $337.00

## Filing, Refund and Balance Due Information

| Tax Return | efile | Refund /<br>(Balance Due) | Summary | | Message |
|---|---|---|---|---|---|
| Federal | No | $0.00 | Balance Due | $0.00 | See the Filing Checklist for instructions. |

This H&R Block Advantage document provides information that could help you improve your tax and financial situation. Its contents should be considered in conjunction with
information you receive from other sources that are familiar with your specific circumstances. Tax services offered through subsidiaries of HRB Tax Group, Inc.

Advantage (2014)                    FDADVICE-1WV 1.0
Form Software Copyright 1998 - 2015 HRB Tax Group, Inc.

*Case 18-33158 JKS*    *Exhibit (E)*

 **H&R BLOCK**

Your 2015 Eligibility:
**Potentially Marketplace**
(based on your 2014 tax return)

# ACA Tax Impact Analysis: Your Personalized Review



The Affordable Care Act (ACA) is a federal law that says almost everyone must have health insurance or pay a tax penalty.

**Your 2014 Status:**

*You and all members in your household had qualified health insurance for all 12 months in 2014. Therefore, you were not assessed an ACA tax penalty. ACA tax penalties will increase next year for individuals without qualified coverage.*

*If you or members of your household purchased insurance through the Marketplace, your ACA Premium Tax Credit reconciliation details can be found on your Block Advantage 2014 Tax Return Summary.*

> **2014 ACA Tax Penalty:**
>
> $0.00
> based on your 2014 tax return.

**Your 2015 Eligibility:**

**You may have the option to enroll in plans available on the Marketplace.** However, you are likely not eligible for the Advance Premium Tax Credit. The Marketplace Open Enrollment Period ended 2/15/15. Outside of Open Enrollment, you can enroll only if you qualify for a Special Enrollment Period due to life events such as marriage, birth of child or job changes.

**For your Marketplace application, you will need to know:**
Household Income: **$53,910.00**
Household Size: **2**
*Remember to update your information if anything changes.*

For more information about ACA and your taxes,
visit   hrblock.com/acataximpact.

> **Potential 2015 ACA Tax Penalty:**
>
> $998.21
> if you and members of your household do not have qualified health insurance for the year and don't qualify for an exemption.

**View your personalized ACA Tax Impact Analysis in your MyBlock account. Visit hrblock.com/myblock to log in.**

**Need help getting health insurance?**

H&R Block offers free, unbiased help enrolling in health insurance. Call 800-HR Block (800-472-5625) or visit healthcare.hrblock.com

**We're Open All Year!** Call 800-HRBLOCK (800-472-5625) or visit hrblock.com to schedule an appointment.

The information provided herein is only an estimate for informational purposes only and does not constitute tax or legal advice or an official calculation of your potential ACA tax penalty. Your situation could differ based on other factors.

HCR (2014)            FDHCR-1WV 1.0
Form Software Copyright 1996 - 2015 HRB Tax Group, Inc.

*Case 18-33158-JKS    Page 46 of 80*    *Exhibit (E)*


# H&R Block
# ADVANTAGE©

**2014 Tax Return Summary**

## Federal Year over Year Comparison

| INCOME | Year 2014 | Year 2013 | Change($) |
|---|---|---|---|
| Wages, salaries, tips | $43,976 | $0 | $43,976 |
| Taxable pensions | $5,000 | $0 | $5,000 |
| Other income | $4,934 | $0 | $4,934 |
| Total income | $53,910 | $0 | $53,910 |

| ADJUSTED GROSS INCOME | | | |
|---|---|---|---|
| Total income less total adjustments | $53,910 | $0 | $53,910 |

| TAXABLE INCOME | | | |
|---|---|---|---|
| Standard deductions | $6,200 | $0 | $6,200 |
| Exemptions | $7,900 | $0 | $7,900 |
| Taxable income | $39,810 | $0 | $39,810 |

| TAX COMPUTATION | | | |
|---|---|---|---|
| Income tax | $5,813 | $0 | $5,813 |
| Tax before credits | $5,813 | $0 | $5,813 |

| OTHER TAXES | | | |
|---|---|---|---|
| Tax on IRA and other plans | $500 | $0 | $500 |
| Total tax | $6,313 | $0 | $6,313 |

| PAYMENTS | | | |
|---|---|---|---|
| Federal withholding | $4,351 | $0 | $4,351 |
| Total payments | $4,351 | $0 | $4,351 |

| AMOUNT DUE | | | |
|---|---|---|---|
| Amount owed with return | $1,989 | $0 | $1,989 |
| Penalty for underpayment of tax | $27 | $0 | $27 |

| OTHER COMPUTATIONS | | | |
|---|---|---|---|
| Alternative minimum taxable income | $53,910 | $0 | $53,910 |
| Marginal tax bracket | 25% | | |
| Effective tax bracket | 12% | | |
| Filing status | Married Filing Separately | | |

*Exhibit (E)*



**H&R BLOCK®**

# 2014 Federal Tax Return Filing Instructions

### FOR THE YEAR ENDING
### December 31, 2014

| | |
|---|---|
| **Prepared for** | EVELYN E MATHIS |

**Tax Summary**

| | | |
|---|---|---|
| Gross Income | $ | 53,910 |
| Adjusted Gross Income | $ | 53,910 |
| Total Deductions | $ | 14,100 |
| Total Taxable Income | $ | 39,810 |
| Total Tax | $ | 6,313 |
| Total Payments | $ | 4,351 |
| Refund Amount | $ | 0 |
| Amount You Owe | $ | 1,989 |

| | |
|---|---|
| **Make check payable to** | United States Treasury |
| **Mailing Address** | Internal Revenue Service Center<br>P.O. Box 931000<br>Louisville, KY 40293-1000 |

## Instructions

STEP 1 - Sign and date Form 1040

STEP 2 - Assemble what you need to mail
Attach any schedules and forms behind Form 1040 in order of the
Attachment Sequence Number shown in the upper right corner of the schedule
or form. If there are supporting statements, arrange them in the same
order as the schedules or forms they support and attach them last. Do not
attach correspondence or other items unless required to do so. Attach
a copy of each W-2, W-2G, and 2439 to the front of Form 1040. Also
attach Form(s) 1099-R or 1099-G if tax was withheld.

STEP 3 - Pay balance due on your taxes
You have requested a monthly installment plan to pay the amount owed on
your tax return. You indicated you would pay $0 with this return. Do
Make your check or money order payable to the United States Treasury. Do
not send cash and do not forget to sign it. Write your Social Security
number(s) and daytime phone number on your check or money order (U.S.
funds only).

STEP 4 - Mail Form(s)
Mail Form 1040 and associated documents to the address above.
Retain the proof of mailing to avoid a late filing penalty.
We recommend you use one of these methods to send your 1040:
- U.S. Postal Service certified mail.
If you are not mailing to an address with a post office box, you may
also use:
- Federal Express (FedEx): Priority Overnight, Standard Overnight,
  2Day, International Priority, or International First
- United Parcel Service (UPS): Next Day Air, Next Day Air Saver,
  2nd Day Air, or Worldwide Express

*Case 18-33158 JKS*    *Exhibit (E)*

EVELYN E MATHIS

## 2014 Federal Filing Instructions Continued

**Instructions**
STEP 5 - Keep a copy
    Print a copy of the return for your records.
    Please attach a copy of each W-2, W-2G, 1099G and 1099R to your return.

*Case 18-33158-JKs*    *exhibit (F)*



# Internal Revenue Service
## United States Department of the Treasury

*Tax 2016*
*Joint*

PHILADELPHIA, PA 19255-1498

Tracking ID: 100463579603

Date of Issue: 08-10-2019

WILLIE MATHIS
75 S HARRISON ST
EAST ORANGE, NJ 07018

Taxpayer's Name: WILL MATH

Taxpayer Identification Number: XXX-XX-5931

Tax Period or Periods: December, 2016

Return: 1040

## Information About the Request We Received

We received a request dated August 10, 2019 for verification of non-filing of
returns for above tax period or periods. We have no record of a filed Form
1040, 1040A, or 1040EZ using the above Social Security Number. You can
consider this letter a verification of non-filing.

## How To Contact Us

Please call us at 1-800-829-0922 if you have any questions regarding this
letter or if you need additional information.

Case 18-33158 JKS                                                   exhibit (F)

Sincerely Yours,

Director
Electronic Products & Svcs Support

Patricia LaPosta

Patricia LaPosta, Director
Electronic Products & Svcs Support

*Case No 33158 JKS*   *TAX 2016*

*Exhibit (F)*

**Instructions to Mail Federal Tax Return for:**

WILLIE MATHIS & EVELYN MATHIS
75 SOUTH HARRISON ST
EAST ORANGE, NJ   07018

Your federal tax return shows an amount owed of $2,229. Please be sure to complete the following checklist to finish filing you
taxes. Your federal tax return is due April 18, 2017.

## Print and Sign Your Return

__ Print a copy of your tax return.
__ Sign and date the Form 1040 at the bottom of page 2 in the Sign Here section.
   • Both spouses must sign and date the tax return.

## Attach Documents

__ Attach the federal copy of your W-2s that have federal tax withheld.

## Pay the Amount You Owe

__ Pay the amount you owe by April 18th in order to avoid penalties.
   • You can pay by check, money order, credit card, debit card, or electronic payment.

## Mail Your Return

__ Keep these instructions along with a copy of your tax return for your records.
__ Mail your federal tax return to:

   **Internal Revenue Service**
   **PO Box 931000**
   **Louisville, KY  40293-1000**

*Case 18-33158 JKS*   *Exhibit(I)*

Form **1040** Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** **2016** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

See separate instructions.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____ , 2016, ending _____ , 20 ___

| | |
|---|---|
| Your first name and initial **WILLIE** Last name **MATHIS** | Your social security number **137 72 5931** |
| If a joint return, spouse's first name and initial **EVELYN** Last name **MATHIS** | Spouse's social security number **146 70 1676** |
| Home address (number and street). If you have a P.O. box, see instructions. **75 SOUTH HARRISON ST** Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct. |
| City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). **EAST ORANGE, NJ 07018** | **Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse |
| Foreign country name | Foreign province/state/county | Foreign postal code | |

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse
c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| ARTHUR MATHIS | 258 70 3844 | PARENT | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b **2**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above **1**
Add numbers on lines above ▶ **3**

d Total number of exemptions claimed | 7 | **107,592.** |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | **Taxable interest.** Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | **107,592.** |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | **0.** |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | **107,592.** |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B Form **1040** (2016)

Form 1040 (2016) WILLIE MATHIS & EVELYN MATHIS                    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          Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 107,592. |
| | 39a | Check if: ☐ **You** were born before January 2, 1952, ☐ Blind. **Total boxes** checked ► 39a | | | |
| | | ☐ **Spouse** was born before January 2, 1952, ☐ Blind. | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ► 39b☐ | | | |
| **Standard Deduction for—** | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | | 40 | 12,600. |
| | 41 | Subtract line 40 from line 38 | | 41 | 94,992. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 42 | **Exemptions.** If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | | 42 | 12,150. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 82,842. |
| | 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814   b ☐ Form 4972   c ☐ | | 44 | 12,249. |
| • All others: | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | 45 | |
| Single or Married filing separately, $6,300 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 ► | | 46 | |
| | 47 | Add lines 44, 45, and 46 ► | | 47 | 12,249. |
| Married filing jointly or Qualifying widow(er), $12,600 | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| | 50 | Education credits from Form 8863, line 19 | 50 | | |
| Head of household, $9,300 | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| | 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | | |
| | 55 | Add lines 48 through 54. These are your **total credits** ► | | 55 | 0. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ► | | 56 | 12,249. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60a | Household employment taxes from Schedule H | | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| | 61 | Health care: individual responsibility (see instructions)   Full-year coverage ☒ | | 61 | |
| | 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions;  enter code(s) | | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ► | | 63 | 12,249. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 10,020. | |
| | 65 | 2016 estimated tax payments and amount applied from 2015 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)**   NO. | 66a | | |
| | b | Nontaxable combat pay election | 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| | 70 | Amount paid with request for extension to file | 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| | 73 | Credits from Form: a ☐ 2439  b ☐ Reserved  c ☐ 8885  d ☐ | 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ► | | 74 | 10,020. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | | 75 | |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | | 76a | |
| Direct deposit? See instructions. | ► b | Routing number | ► Type: ☐ Checking ☐ Savings | | |
| | ► d | Account number | | | |
| | 77 | Amount of line 75 you want **applied to your 2017 estimated tax** ► | 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ► | | 78 | 2,229. |
| | 79 | Estimated tax penalty (see instructions) | 79 | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No**
Designee's name ►       Phone no. ►       Personal identification number (PIN) ►

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature       Date       Your occupation  DOCK SUPERVISOR       Daytime phone number

Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation  CLERK   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**
Print/Type preparer's name       Preparer's signature  SELF - PREPARED       Date       Check ☐ if self-employed   PTIN
Firm's name ►       Firm's EIN ►
Firm's address ►       Phone no.

Form **1040** (2016)

www.irs.gov/form1040

Case 18-33158-JKS    *Exhibit (F)*



**STATE OF NEW JERSEY INCOME TAX – RESIDENT RETURN**

NJ-1040
2016
Page 1

For Privacy Act Notification, See Instructions
For Tax Year Jan. – Dec. 2016 or Other Tax Year
Beginning _____, 20____ Month Ending _____, 20___.
On-line Federal Extension Confirmation #_____

040MP01160

MATHIS WILLIE & EVELYN


75 SOUTH HARRISON ST

EAST ORANGE                    NJ   07018        0705

1201    12

137725931   146701676



Under the penalties of perjury, I declare that I have examined this income tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has any knowledge.

>                                                      >
Your Signature                    Date            Spouse/CU Partner's Signature (If filed jointly both must sign)

Fill in if NJ-1040-O is enclosed

If enclosing copy of death certificate for deceased taxpayer, check box (See instruction page 11)

Paid Preparer's Signature                                    Federal Identification Number

Firm's Name                                    Federal Employer Identification Number

Pay amount on Line 56 in full. Write Social Security number(s) on check or money order and make payable to: STATE OF NEW JERSEY – TGI

Mail your return in the envelope provided and affix the appropriate mailing label.

If you have an amount due on Line 56, enclose your check and NJ-1040-V payment voucher with your return and use the label for **PO Box 111**.

If not, use the label for **PO Box 555**. You may also pay by e-check or credit card. See instruction page 11.

*Case 18-33158-JKS*   *exhibit (b)*



NJ-1040 (2016)

PAGE 2

MATHIS WILLIE & EVELYN

137725931

1201

**Residency Status** IF YOU WERE A NEW JERSEY RESIDENT FOR ONLY PART OF THE TAXABLE YEAR GIVE THE PERIOD OF NEW JERSEY RESIDENCY

FROM                    TO

**FILING STATUS**

1. SINGLE
2. MARRIED/CU COUPLE FILING JOINT RETURN    **X**
3. MARRIED/CU COUPLE FILING SEPARATE RETURN
4. HEAD OF HOUSEHOLD
5. QUALIFYING WIDOW(ER)/SURVIVING CU PARTNER

**CHECKBOXES FOR EXEMPTIONS**

| | |
|---|---|
| REGULAR    SPOUSE/CU PARTNER **X** | DOMESTIC PARTNER |
| AGE 65 OR OLDER    YOURSELF | SPOUSE/CU PARTNER |
| BLIND OR DISABLED    YOURSELF | SPOUSE/CU PARTNER |

**EXEMPTIONS**

| | | |
|---|---|---|
| 6. REGULAR | | 2 |
| 7. AGE 65 OR OVER | | |
| 8. BLIND OR DISABLED | | |
| 9. NUMBER OF QUALIFIED DEPENDENT CHILDREN | | 1 |
| 10. NUMBER OF OTHER DEPENDENTS | | |
| 11. DEPENDENTS ATTENDING COLLEGE | | |
| 12A. TOTAL (LINE 12A - ADD LINES 6, 7, 8, AND 11) | | 2 |
| 12B. TOTAL (LINE 12B - ADD LINES 9 AND 10) | | 1 |

**DEPENDENT'S INFORMATION FROM LINES 9 AND 10** (ATTACH RIDER IF MORE THAN FOUR)
LAST NAME, FIRST NAME, MIDDLE INITIAL.

| | SOCIAL SECURITY NUMBER | BIRTH YEAR | HEALTH INS IND |
|---|---|---|---|
| A. MATHIS, ARTHUR | 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 | 1942 | |
| B. | | | |
| C. | | | |
| D. | | | |

**GUBERNATORIAL ELECTIONS FUND**

DO YOU WISH TO DESIGNATE $1 OF YOUR TAXES FOR THIS FUND?    YES    NO **X**

IF JOINT RETURN. DOES YOUR SPOUSE/CU PARTNER WISH TO DESIGNATE $1?    YES    NO **X**

| | | |
|---|---|---|
| 14. WAGES, SALARIES, TIPS, AND OTHER EMPLOYEE COMPENSATION (ENCL W-2) BE SURE TO USE STATE WAGES FROM BOX 16 OF YOUR W-2(S) (SEE INSTR.) | 14. | 111956 |
| 15A. TAXABLE INTEREST INCOME (SEE INSTRUCTIONS) (ENCLOSE FEDERAL SCHEDULE B IF OVER $1,500) | 15A. | |
| 15B. TAX EXEMPT INTEREST INCOME (SEE INSTRUCTIONS) (ENCLOSE SCHEDULE) DO NOT INCLUDE ON LINE 15A | 15B. | |
| 16. DIVIDENDS | 16. | |
| 17. NET PROFITS FROM BUSINESS (SCHEDULE NJ-BUS-1, PART I, LINE 4) (ENCLOSE COPY OF FEDERAL SCHEDULE C, FORM 1040) | 17. | |
| 18. NET GAINS FROM DISPOSITION OF PROPERTY (SCHEDULE B, LINE 4) | 18. | |
| 19A. PENSIONS, ANNUITIES, AND IRA WITHDRAWALS (SEE INSTRUCTION PAGE 20) | 19A. | |
| 19B. EXCLUDABLE PENSIONS, ANNUITIES, AND IRA WITHDRAWALS | 19B. | |
| 20. DISTRIBUTIVE SHARE OF PARTNERSHIP INCOME (SCH NJ-BUS-1, PART III, LINE 4) (SEE INSTR. PAGE 23) (ENCLOSE SCH. NJK-1 OR FEDERAL SCH. K-1) | 20. | |
| 21. NET PRO RATA SHARE OF S CORPORATION INCOME (SCH NJ-BUS-1, PART III, LINE 4) (SEE INSTR. PAGE 23) (ENCLOSE SCH. NJK-1 OR FEDERAL SCH. K-1) | 21. | |
| 22. NET GAIN OR INCOME FROM RENTS, ROYALTIES, PATENTS & COPYRIGHTS (SCHEDULE NJ-BUS-1, PART IV, LINE 4) | 22. | |
| 23. NET GAMBLING WINNINGS (SEE INSTRUCTION PAGE 24) | 23. | |
| 24. ALIMONY AND SEPARATE MAINTENANCE PAYMENTS RECEIVED | 24. | |
| 25. OTHER (ENCLOSE SCHEDULE) (SEE INSTRUCTION PAGE 24) | 25. | |
| 26. TOTAL INCOME (ADD LINES 14, 15A, 16, 17, 18, 19A, AND 20 THROUGH 25) | 26. | 111956 |
| 27A. PENSION EXCLUSION (SEE INSTRUCTION PAGE 25) | 27A. | |
| 27B. OTHER RETIREMENT INCOME EXCLUSIONS (SEE WORKSHEET AND INSTRUCTION PAGE 26) | 27B. | |
| 27C. TOTAL EXCLUSION AMOUNT (ADD 27A AND LINE 27B) | 27C. | |
| 28. NEW JERSEY GROSS INCOME (SUBTRACT LINE 27C FROM LINE 26) (SEE INSTRUCTION PAGE 27) | 28. | 111956 |
| 29. TOTAL EXEMPTION AMOUNT (SEE INSTRUCTION PAGE 27 TO CALCULATE AMOUNT) (PART YEAR RESIDENTS SEE INSTRUCTION PAGE 6) | 29. | 3500 |
| 30. MEDICAL EXPENSES (SEE WORKSHEET AND INSTRUCTION PAGE 27) | 30. | |
| 31. ALIMONY AND SEPARATE MAINTENANCE PAYMENTS | 31. | |
| 32. QUALIFIED CONSERVATION CONTRIBUTION | 32. | |
| 33. HEALTH ENTERPRISE ZONE DEDUCTION | 33. | |
| 34. ALTERNATIVE BUSINESS CALCULATION ADJUSTMENT (SCHEDULE NJ-BUS-2, LINE 11) | 34. | |
| 35. TOTAL EXEMPTIONS AND DEDUCTIONS (ADD LINES 29 THROUGH 34) | 35. | 3500 |
| 36. TAXABLE INCOME (SUBTRACT LINE 35 FROM LINE 28) IF ZERO OR LESS, MAKE NO ENTRY | 36. | 108456 |

Case 18    Document 58 Page 56    Exhibit (F)

1201

**EMPLOYEE'S CLAIM FOR CREDIT**

NJ-2450

**FOR EXCESS UI/WF/SWF, DISABILITY INSURANCE, AND/OR**
**FAMILY LEAVE INSURANCE CONTRIBUTIONS FOR CALENDAR YEAR 2016**

| Claimant Social Security No. | |
|---|---|
| 137 \| 72 \| 5931 | Name: MATHIS WILLIE |
| **Note on Joint NJ-1040 Return:** Each spouse/CU partner must file a separate form when claiming a refund for excess contributions. | Address: 75 SOUTH HARRISON ST |
| | City, State, Zip Code: EAST ORANGE, NJ  07018 |

To establish a right to this credit, claimants are required to complete the items below (information is to be transcribed from W-2 forms enclosed with your New Jersey State Income Tax return). Any items not substantiated by a W-2 or any information that is incomplete will cause the claim to be rejected. The amount withheld for the Unemployment Insurance/Workforce Development/Supplemental Workforce Funds, disability insurance, and the amount of Family Leave Insurance withheld must be reported separately on all W-2 statements.

| | **TAKE ALL INFORMATION FROM YOUR W-2 FORMS.** If the amount deducted by any one employer exceeds the maximum for either UI/WF/SWF, disability insurance, or Family Leave Insurance, insert the maximum in the appropriate Column(s) and contact that employer for a refund of the balance of the deduction. | COLUMN A UI/WF/SWF DEDUCTED | COLUMN B DISABILITY INSURANCE DEDUCTED | COLUMN C FAMILY LEAVE INSURANCE DEDUCTED |
|---|---|---|---|---|
| 1A. | Employer's Name: FOREM FACILITY MANAGEMENT LLC | | | |
| | Fed. Emp. I.D. #: 274285539 | | | |
| | Private Plan #:                    Wages: 58,133 | | | 26 |
| B. | Employer's Name: NORTHEAST PERSONNEL SERVICES | | | |
| | Fed. Emp. I.D. #: 223702902 | | | |
| | Private Plan #:                    Wages: 1,200 | | | 1 |
| C. | Employer's Name: | | | |
| | Fed. Emp. I.D. #: | | | |
| | Private Plan #:                    Wages: | | | |
| D. | Employer's Name: | | | |
| | Fed. Emp. I.D. #: | | | |
| | Private Plan #:                    Wages: | | | |
| E. | Employer's Name: | | | |
| | Fed. Emp. I.D. #: | | | |
| | Private Plan #:                    Wages: | | | |
| F. | Employer's Name: | | | |
| | Fed. Emp. I.D. #: | | | |
| | Private Plan #:                    Wages: | | | |
| G. | *If additional space is required, enclose a rider and enter the total on this line. | | | 27 |
| 2. | Total Deducted: Add Lines 1A through 1G. Enter here. | 138.56 | 65.20 | 26.08 |
| 3. | Correct UI/WF/SWF, Disability Insurance, and/or Family Leave Deductions. | | | |
| 4. | Deduct Line 3 Col. A from Line 2 Col. A. Enter on Page 3, Line 52 of the NJ-1040. | | | |
| 5. | Deduct Line 3 Col. B from Line 2 Col. B. Enter on Page 3, Line 53 of the NJ-1040. | | | |
| 6. | Deduct Line 3 Col. C from Line 2 Col. C. Enter on Page 3, Line 54 of the NJ-1040. | | | 1 |

I hereby apply for a credit for worker contributions deducted in excess of $138.56 for N.J. UI/WF/SWF and/or in excess of $65.20 for NJ Disability Insurance and/or in excess of $26.08 for NJ Family Leave Insurance deductions by reason of having received wages from two or more employers during the above calendar year and hereby submit the following statement of wages and deductions.

Date: _____

Claimant's Signature: _____

*Case 18-33158-JKS Doc 53* *Exhibit (F)*

1201

## EMPLOYEE'S CLAIM FOR CREDIT
### FOR EXCESS UI/WF/SWF, DISABILITY INSURANCE, AND/OR
### FAMILY LEAVE INSURANCE CONTRIBUTIONS FOR CALENDAR YEAR 2016

**NJ-2450**

| Claimant Social Security No. | Name: MATHIS EVELYN |
|---|---|
| 146 70 1676 | |

**Note on Joint NJ-1040 Return:**

Each spouse/CU partner must file a separate form when claiming a refund for excess contributions.

Address: 75 SOUTH HARRISON ST

City, State, Zip Code: EAST ORANGE, NJ 07018

To establish a right to this credit, claimants are required to complete the items below (information is to be transcribed from W-2 forms enclosed with your New Jersey State Income Tax return). Any items not substantiated by a W-2 or any information that is incomplete will cause the claim to be rejected. The amount withheld for the Unemployment Insurance/Workforce Development/Supplemental Workforce Funds, disability insurance, and the amount of Family Leave Insurance withheld must be reported separately on all W-2 statements.

|  | **TAKE ALL INFORMATION FROM YOUR W-2 FORMS.** If the amount deducted by any one employer exceeds the maximum for either UI/WF/SWF, disability insurance, or Family Leave Insurance, insert the maximum in the appropriate Column(s) and contact that employer for a refund of the balance of the deduction. | **COLUMN A** UI/WF/SWF DEDUCTED | **COLUMN B** DISABILITY INSURANCE DEDUCTED | **COLUMN C** FAMILY LEAVE INSURANCE DEDUCTED |
|---|---|---|---|---|
| 1A. | Employer's Name: HORIZON HEALTHCARE SERVICES INC | | | |
| | Fed. Emp. I.D. #: 220999690 | | | |
| | Private Plan #:           Wages: 43,558 | | | 26 |
| B. | Employer's Name: TARGET CORPORATION | | | |
| | Fed. Emp. I.D. #: 410215170 | | | |
| | Private Plan #:           Wages: 9,065 | | | 7 |
| C. | Employer's Name: | | | |
| | Fed. Emp. I.D. #: | | | |
| | Private Plan #:           Wages: | | | |
| D. | Employer's Name: | | | |
| | Fed. Emp. I.D. #: | | | |
| | Private Plan #:           Wages: | | | |
| E. | Employer's Name: | | | |
| | Fed. Emp. I.D. #: | | | |
| | Private Plan #:           Wages: | | | |
| F. | Employer's Name: | | | |
| | Fed. Emp. I.D. #: | | | |
| | Private Plan #:           Wages: | | | |
| G. | *If additional space is required, enclose a rider and enter the total on this line. | | | 33 |
| 2. | Total Deducted: Add Lines 1A through 1G. Enter here. | | | |
| 3. | Correct UI/WF/SWF, Disability Insurance, and/or Family Leave Deductions. | 138.56 | 65.20 | 26.08 |
| 4. | Deduct Line 3 Col. A from Line 2 Col. A. Enter on Page 3, Line 52 of the NJ-1040. | | | |
| 5. | Deduct Line 3 Col. B from Line 2 Col. B. Enter on Page 3, Line 53 of the NJ-1040. | | | |
| 6. | Deduct Line 3 Col. C from Line 2 Col. C. Enter on Page 3, Line 54 of the NJ-1040. | | | 7 |

I hereby apply for a credit for worker contributions deducted in excess of $138.56 for N.J. UI/WF/SWF and/or in excess of $65.20 for NJ Disability Insurance and/or in excess of $26.08 for NJ Family Leave Insurance deductions by reason of having received wages from two or more employers during the above calendar year and hereby submit the following statement of wages and deductions.

Date: _____

Claimant's Signature: _____

Case 18-33158-JKS

Exhibit (G)

Sep


# Internal Revenue Service
## United States Department of the Treasury

Tax 2017

PHILADELPHIA, PA 19255-1498

Tracking ID: 100463579730

Date of Issue: 08-10-2019

WILLIE MATHIS

75 S HARRISON ST

EAST ORANGE, NJ 07018

Taxpayer's Name: WILL MATH

Taxpayer Identification Number: XXX-XX-5931

Tax Period or Periods: December, 2017

Return: 1040

Information About the Request We Received

We received a request dated August 10, 2019 for verification of non-filing of returns for above tax period or periods. We have no record of a filed Form 1040, 1040A, or 1040EZ using the above Social Security Number. You can consider this letter a verification of non-filing.

How To Contact Us

Please call us at 1-800-829-0922 if you have any questions regarding this letter or if you need additional information.

Case 18-33158-JKS                                        Exhibit (G)

Sincerely Yours,

Director
Electronic Products & Svcs Support

*Patricia LaPosta*

Patricia LaPosta, Director
Electronic Products & Svcs Support

*Case 18-33158 JKS*     *exhibit (G)*



# 2017 Income Tax Return

### Federal Return

Thank you for using
FreeTaxUSA.com to prepare your
2017 income tax return.

You can view the status of your e-filed tax return by
signing in to your account at www.freetaxusa.com.

2018 tax preparation on FreeTaxUSA.com will be
available starting in January of 2019.

We look forward to preparing your 2018 tax return.

*Case 18-33158-JKS*                          *exhibit (G)*

## Instructions to Mail Federal Tax Return for:

WILLIE MATHIS
75 SOUTH HARRISON ST
EAST ORANGE, NJ  07018

Your federal tax return shows a refund of $138. Please be sure to complete the following checklist to finish filing your taxes. Your federal tax return is due April 17, 2018.

## Print and Sign Your Return

__ Print a copy of your tax return.
__ Sign and date the Form 1040 at the bottom of page 2 in the Sign Here section.

## Attach Documents

__ Attach the federal copy of your W-2s that have federal tax withheld.

## Mail Your Return

__ Keep these instructions along with a copy of your tax return for your records.
__ Mail your federal tax return to:

**Department of the Treasury**
**Internal Revenue Service**
**Kansas City, MO  64999-0002**

*Case 18-33158-JKS*    *exhibit (G)*

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) **2017** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|

**U.S. Individual Income Tax Return**

| | | See separate instructions. |
|---|---|---|

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____ , 2017, ending _____ , 20 ____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| WILLIE | MATHIS | 137 72 5931 |

If a joint return, spouse's first name and initial ___ Last name ___    Spouse's social security number ___

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. |
|---|---|
| 75 SOUTH HARRISON ST | |

▲ Make sure the SSN(s) above and on line 6c are correct.

| City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). |
|---|
| EAST ORANGE, NJ  07018 |

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name ___    Foreign province/state/county ___    Foreign postal code ___

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not check box 6a**
b ☐ **Spouse**

| Boxes checked on 6a and 6b | 1 |
|---|---|
| No. of children on 6c who: | 1 |

c **Dependents:**

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| ERIC MATHIS | 152 84 2473 | SON | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

• lived with you 1
• did not live with you due to divorce or separation (see instructions) ___
Dependents on 6c not entered on 6c ___
Add numbers on lines above ▶ 2

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 57,164. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a ___  b Taxable amount | 15b | |
| 16a | Pensions and annuities  16a ___  b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a ___  b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 57,164. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 57,164. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2017)

CDA

Case No
18-33158 JKS

Exhibit (G)

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    Page **2**

Form 1040 (2017)    WILLIE MATHIS

| | | | | | 38 | | 57,164. |
|---|---|---|---|---|---|---|---|

**Tax and Credits**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | | | | | | |
| 39a | Check if: ☐ You were born before January 2, 1953, ☐ Blind. Total boxes ☐ Blind. checked ▶ 39a ☐ Spouse was born before January 2, 1953, ☐ Blind. checked ▶ 39b ☐ | | | | | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ | | | | | | |
| 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | | | | | 40 | 9,350. |
| 41 | Subtract line 40 from line 38 | | | | | 41 | 47,814. |
| 42 | **Exemptions.** If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | | | | | 42 | 8,100. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | | | | 43 | 39,714. |
| 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | | | | | 44 | 5,291. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | | | | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | | | | 46 | |
| 47 | Add lines 44, 45, and 46 | | | | | ▶ 47 | 5,291. |
| 48 | Foreign tax credit. Attach Form 1116 if required | | 48 | | | | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | | 49 | | | | |
| 50 | Education credits from Form 8863, line 19 | | 50 | | | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | | 51 | | | | |
| 52 | Child tax credit. Attach Schedule 8812, if required | | 52 | 200. | | | |
| 53 | Residential energy credits. Attach Form 5695 | | 53 | | | | |
| 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | | 54 | | | | |
| 55 | Add lines 48 through 54. These are your **total credits** | | | | | 55 | 200. |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | | | | | ▶ 56 | 5,091. |

Standard Deduction for—
• People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $6,350
Married filing jointly or Qualifying widow(er), $12,700
Head of household, $9,350

**Other Taxes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | | | | | 57 | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | | | | | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | | | 59 | |
| 60a | Household employment taxes from Schedule H | | | | | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | | | | | 60b | |
| 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | | | | | 61 | |
| 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | | | | | 62 | |
| 63 | Add lines 56 through 62. This is your **total tax** | | | | | ▶ 63 | 5,091.  5,229. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | | 64 | | | | |
| 65 | 2017 estimated tax payments and amount applied from 2016 return | | 65 | | | | |
| 66a | **Earned income credit (EIC)** | NO. | 66a | | | | |
| b | Nontaxable combat pay election | 66b | | | | | |
| 67 | Additional child tax credit. Attach Schedule 8812 | | 67 | | | | |
| 68 | American opportunity credit from Form 8863, line 8 | | 68 | | | | |
| 69 | Net premium tax credit. Attach Form 8962 | | 69 | | | | |
| 70 | Amount paid with request for extension to file | | 70 | | | | |
| 71 | Excess social security and tier 1 RRTA tax withheld | | 71 | | | | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | | 72 | | | | |
| 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | | 73 | | | | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** | | | | | ▶ 74 | 5,229. |

**Refund**

Direct deposit?
See instructions.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | | | | | 75 | 138. |
| 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | | | | ▶ 76a | 138. |
| ▶ b | Routing number ▶ | | | | c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number | | | | | | |
| 77 | Amount of line 75 you want applied to your 2018 estimated tax ▶ | 77 | | | | | |

**Amount You Owe**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions | | | | | ▶ 78 | 0. |
| 79 | Estimated tax penalty (see instructions) | | 79 | | | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ Yes. Complete below.  ☒ No

Designee's name ▶      Phone no. ▶      Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation DOCK SUPERVISOR | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature SELF-PREPARED | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.      Form **1040** (2017)

CDA

*exhibit (G)*

*Case 18-33158-JKS*

**Form 5695**

Department of the Treasury
Internal Revenue Service

# Residential Energy Credits

☐ Go to www.irs.gov/Form5695 for instructions and the latest information.
☐ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. 158

Name(s) shown on return
WILLIE MATHIS

Your social security number
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

**Part I** Residential Energy Efficient Property Credit (See instructions before completing this part.)

Note: Skip lines 1 through 11 if you only have a credit carryforward from 2016.

| | | |
|---|---|---|
| 1 | Qualified solar electric property costs . . . . . . . . . . | 1 |
| 2 | Qualified solar water heating property costs . . . . . . . | 2 |
| 3 | Qualified small wind energy property costs . . . . . . . | 3 |
| 4 | Qualified geothermal heat pump property costs . . . . . . | 4 |
| 5 | Add lines 1 through 4 . . . . . . . . . . . . . | 5 |
| 6 | Multiply line 5 by 30% (0.30) . . . . . . . . . . . | 6 |

7a   Qualified fuel cell property. Was qualified fuel cell property installed on or in connection with your main home located in the United States? (See instructions)   **7a** ☐ Yes  ☐ No

Caution: If you checked the "No" box, you cannot take a credit for qualified fuel cell property. Skip lines 7b through 11.

b   Print the complete address of the main home where you installed the fuel cell property.

Number and street                                   Unit  No.

City, State, and ZIP code

| | | |
|---|---|---|
| 8 | Qualified fuel cell property costs . . . . . . . . . . | 8 |
| 9 | Multiply line 8 by 30% (0.30) . . . . . . . . . . | 9 |
| 10 | Kilowatt capacity of property on line 8 above ☐ _____ x $1,000 | 10 |
| 11 | Enter the smaller of line 9 or line 10 . . . . . . . . | 11 |
| 12 | Credit carryforward from 2016. Enter the amount, if any, from your 2016 Form 5695, line 16 | 12 |
| 13 | Add lines 6, 11, and 12 . . . . . . . . . . . . . | 13 |
| 14 | Limitation based on tax liability. Enter the amount from the Residential Energy Efficient Property Credit Limit Worksheet (see instructions) | 14 |
| 15 | Residential energy efficient property credit. Enter the smaller of line 13 or line 14. Also include this amount on Form 1040, line 53; or Form 1040NR, line 50 | 15 |
| 16 | Credit carryforward to 2018. If line 15 is less than line 13, subtract line 15 from line 13 | 16 | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 13540P

Form **5695** (2017)

*Case 1833158 JKS*                                          *Exhibit (G)*

Form 5695 (2017)

| Part II | Nonbusiness Energy Property Credit |

17a  Were the qualified energy efficiency improvements or residential energy property costs for your main home located in the United States? (see instructions) . . . . . . . . . . . □ | 17a | ☒ Yes □ No

    Caution: If you checked the "No" box, you cannot claim the nonbusiness energy property credit. Do not complete Part II.

  b  Print the complete address of the main home where you made the qualifying improvements.
    Caution: You can only have one main home at a time.

    75 SOUTH HARRISON ST
    Number and street                                      Unit No.

    EAST ORANGE, NJ  07018
    City, State, and ZIP code

  c  Were any of these improvements related to the construction of this main home? . . . . . □ | 17c | □ Yes ☒ No

    Caution: If you checked the "Yes" box, you can only claim the nonbusiness energy property credit for qualifying improvements that were not related to the construction of the home. Do not include expenses related to the construction of your main home, even if the improvements were made after you moved into the home.

18  Lifetime limitation. Enter the amount from the Lifetime Limitation Worksheet (see instructions) . . | 18 | 135.

19  Qualified energy efficiency improvements (original use must begin with you and the component must reasonably be expected to last for at least 5 years; do not include labor costs) (see instructions).

  a  Insulation material or system specifically and primarily designed to reduce heat loss or gain of your home that meets the prescriptive criteria established by the 2009 IECC . . . . . . . | 19a |

  b  Exterior doors that meet or exceed the version 6.0 Energy Star program requirements . . . | 19b |

  c  Metal or asphalt roof that meets or exceeds the Energy Star program requirements and has appropriate pigmented coatings or cooling granules which are specifically and primarily designed to reduce the heat gain of your home . . . . . . . . . . . . . . . . . . . . | 19c |

  d  Exterior windows and skylights that meet or exceed the version 6.0 Energy Star program requirements . . . . . . . . . . | 19d |

  e  Maximum amount of cost on which the credit can be figured . . . | 19e | 2,000.

  f  If you claimed window expenses on your Form 5695 prior to 2017, enter the amount from the Window Expense Worksheet (see instructions); otherwise enter -0- . . . . . . . . . . | 19f |

  g  Subtract line 19f from line 19e. If zero or less, enter -0- . . . . | 19g | 2,000. | 19h |

  h  Enter the smaller of line 19d or line 19g . . . . . . . . . . . . . . . . . . . | 20 |

20  Add lines 19a, 19b, 19c, and 19h . . . . . . . . . . . . . . . . . . . . . | 21 |

21  Multiply line 20 by 10% (0.10) . . . . . . . . . . . . . . . . . . . . . . |

22  Residential energy property costs (must be placed in service by you; include labor costs for onsite preparation, assembly, and original installation) (see instructions).

  a  Energy-efficient building property. Do not enter more than $300 . . . . . . . . . | 22a |

  b  Qualified natural gas, propane, or oil furnace or hot water boiler. Do not enter more than $150 . | 22b | 150.

  c  Advanced main air circulating fan used in a natural gas, propane, or oil furnace. Do not enter more than $50 . . . . . . . . . . . . . . . . . . . . . . . . . . | 22c | 50.

23  Add lines 22a through 22c . . . . . . . . . . . . . . . . . . . . . . . | 23 | 200.

24  Add lines 21 and 23 . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 200.

25  Maximum credit amount. (If you jointly occupied the home, see instructions) . . . . . . | 25 | 500.

26  Enter the amount, if any, from line 18 . . . . . . . . . . . . . . . . . . . | 26 | 135.

27  Subtract line 26 from line 25. If zero or less, stop; you cannot take the nonbusiness energy property credit . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | 365.

28  Enter the smaller of line 24 or line 27 . . . . . . . . . . . . . . . . . . . | 28 | 200.

29  Limitation based on tax liability. Enter the amount from the Nonbusiness Energy Property Credit Limit Worksheet (see instructions) . . . . . . . . . . . . . . . . . . . . | 29 | 5,291.

30  Nonbusiness energy property credit. Enter the smaller of line 28 or line 29. Also include this amount on Form 1040, line 53; or Form 1040NR, line 50 . . . . . . . . . . . . | 30 | 200.

Form 5695 (2017)

*TAX 2017*
*separate*
*exhibit (H)*

*Case 18-33158-JKS*

# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 08-14-2018
Response Date: 08-14-2018
Tracking Number: 100403414763

Tax Return Transcript

SSN Provided: 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
Tax Period Ending: Dec. 31, 2017

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable. They do not show subsequent
activity on the account.

SSN: 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
SPOUSE SSN: 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

NAME(S) SHOWN ON RETURN: EVELYN MATHIS

ADDRESS: 75 S HARRISON ST
EAST ORANGE, NJ 07018-1701-753

Married Filing Separate
1040
20183205
Jul.31, 2018
$0.00
1

FILING STATUS:
FORM NUMBER:
CYCLE POSTED:
RECEIVED DATE:
REMITTANCE:
EXEMPTION NUMBER:
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PTIN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC:...........................................$47,636.00
TAXABLE INTEREST INCOME: SCH B:.............................................$0.00
TAX-EXEMPT INTEREST:........................................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:............................................$0.00
QUALIFIED DIVIDENDS:........................................................$0.00
REFUNDS OF STATE/LOCAL TAXES:...............................................$0.00
ALIMONY RECEIVED:...........................................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):.......................................$0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:................................$0.00
CAPITAL GAIN OR LOSS: (Schedule D):.........................................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:..................................$0.00
OTHER GAINS OR LOSSES (Form 4797):..........................................$0.00
TOTAL IRA DISTRIBUTIONS:....................................................$0.00
TAXABLE IRA DISTRIBUTIONS:..................................................$0.00
TOTAL PENSIONS AND ANNUITIES:...............................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:.............................................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):...............................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:..................$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:......................................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:......................................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:................................$0.00
FARM INCOME OR LOSS (Schedule F):...........................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:..............................$0.00
UNEMPLOYMENT COMPENSATION:..................................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:.............................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:...........................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:..............................$0.00
OTHER INCOME:...............................................................$0.00
SCHEDULE EIC SE INCOME PER COMPUTER:........................................$0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:....................................$0.00
SCH EIC DISQUALIFIED INC COMPUTER:.....................................$47,636.00
TOTAL INCOME:.........................................................$47,636.00
TOTAL INCOME PER COMPUTER:..................................................

Adjustments to Income

EDUCATOR EXPENSES:..........................................................$0.00
EDUCATOR EXPENSES PER COMPUTER:.............................................$0.00
RESERVIST AND OTHER BUSINESS EXPENSE:.......................................$0.00
HEALTH SAVINGS ACCT DEDUCTION:

Cuse 18-33158-JKS                                Exhibit
                                                    (H)

```
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:.........................$0.00
MOVING EXPENSES: F3903:...........................................$0.00
SELF EMPLOYMENT TAX DEDUCTION:....................................$0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:.......................$0.00
SELF EMPLOYMENT TAX DEDUCTION VERIFIED:...........................$0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:.................................$0.00
SELF-EMP HEALTH INS DEDUCTION:....................................$0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:..............................$0.00
ALIMONY PAID SSN:.................................................
ALIMONY PAID:.....................................................$0.00
IRA DEDUCTION:....................................................$0.00
IRA DEDUCTION PER COMPUTER:.......................................$0.00
STUDENT LOAN INTEREST DEDUCTION:..................................$0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:.....................$0.00
STUDENT LOAN INTEREST DEDUCTION VERIFIED:.........................$0.00
TUITION AND FEES DEDUCTION:.......................................$0.00
TUITION AND FEES DEDUCTION PER COMPUTER:..........................$0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION:.........................$0.00
DOMESTIC PRODUCTION ACTIVITIES DEDUCTION PER COMPUTER:............$0.00
OTHER ADJUSTMENTS:................................................$0.00
ARCHER MSA DEDUCTION:.............................................$0.00
ARCHER MSA DEDUCTION PER COMPUTER:................................$0.00
TOTAL ADJUSTMENTS:................................................$0.00
TOTAL ADJUSTMENTS PER COMPUTER:...............................$47,636.00
ADJUSTED GROSS INCOME:........................................$47,636.00
ADJUSTED GROSS INCOME PER COMPUTER:...........................$47,636.00

Tax and Credits

65-OR-OVER:.........................................................NO
BLIND:..............................................................NO
SPOUSE 65-OR-OVER:..................................................NO
SPOUSE BLIND:....................................................$6,350.00
STANDARD DEDUCTION PER COMPUTER:..................................$0.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:...................$41,286.00
TAX TABLE INCOME PER COMPUTER:.................................$4,050.00
EXEMPTION AMOUNT PER COMPUTER:................................$37,236.00
TAXABLE INCOME:..............................................$37,236.00
TAXABLE INCOME PER COMPUTER:..................................$47,636.00
TOTAL POSITIVE INCOME PER COMPUTER:...........................$5,118.00
TENTATIVE TAX:................................................$5,118.00
TENTATIVE TAX PER COMPUTER:.......................................$0.00
FORM 8814 ADDITIONAL TAX AMOUNT:..................................$0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:...................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:................................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:...................$0.00
FOREIGN TAX CREDIT:...............................................$0.00
FOREIGN TAX CREDIT PER COMPUTER:..................................$0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:............................$0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:........................$0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT AMOUNT:...............$0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT VERIFIED AMOUNT:......$0.00
CHILD & DEPENDENT CARE CREDIT:....................................$0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:.......................$0.00
CREDIT FOR ELDERLY AND DISABLED:..................................$0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:.....................$0.00
EDUCATION CREDIT:.................................................$0.00
EDUCATION CREDIT PER COMPUTER:....................................$0.00
GROSS EDUCATION CREDIT PER COMPUTER:..............................$0.00
RETIREMENT SAVINGS CNTRB CREDIT:..................................$0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:.....................$0.00
PRIM RET SAV CNTRB: F8880 LN6A:...................................$0.00
SEC RET SAV CNTRB: F8880 LN6B:....................................$0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:...............$0.00
RESIDENTIAL ENERGY CREDIT:........................................$0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:...........................$0.00
CHILD TAX CREDIT:.................................................$0.00
CHILD TAX CREDIT PER COMPUTER:....................................$0.00
ADOPTION CREDIT: F8839:...........................................$0.00
ADOPTION CREDIT PER COMPUTER:.....................................$0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:............................$0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:...............$0.00
F3800, F8801 AND OTHER CREDIT AMOUNT:.............................$0.00
FORM 3800 GENERAL BUSINESS CREDITS:...............................$0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:..................$0.00
PRIOR YR MIN TAX CREDIT: F8801:...................................$0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:......................$0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:.......................$0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT PER COMPUTER:.................$0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:....................$0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT PER COMPUTER:..............$0.00
OTHER CREDITS:....................................................$0.00
TOTAL CREDITS:....................................................$0.00
TOTAL CREDITS PER COMPUTER:...................................$5,118.00
INCOME TAX AFTER CREDITS PER COMPUTER:............................

Other Taxes

SE TAX:...........................................................$0.00
SE TAX PER COMPUTER:..............................................$0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:
```

Case 18-33158-JKS

exhibit (H)

```
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:........$0.00
TAX ON QUALIFIED PLANS F5329 (PR):.................................$0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:.........................$0.00
IRAF TAX PER COMPUTER:.........................................$5,118.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:.................$5,118.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:......................$0.00
OTHER TAXES PER COMPUTER:..........................................$0.00
UNPAID FICA ON REPORTED TIPS:.....................................$0.00
OTHER TAXES:......................................................$0.00
RECAPTURE TAX: F8611:.............................................$0.00
HOUSEHOLD EMPLOYMENT TAXES:.......................................$0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:...........................$0.00
HEALTH CARE RESPONSIBILITY PENALTY:...............................$0.00
HEALTH CARE RESPONSIBILITY PENALTY VERIFIED:......................$0.00
HEALTH COVERAGE RECAPTURE: F8885:.................................$0.00
RECAPTURE TAXES:..............................................$5,118.00
TOTAL ASSESSMENT PER COMPUTER:................................$5,118.00
TOTAL TAX LIABILITY TP FIGURES:...............................$5,118.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:..................$5,118.00


Payments

FEDERAL INCOME TAX WITHHELD:..................................$4,475.00
HEALTH CARE: INDIVIDUAL RESPONSIBILITY:...........................$0.00
HEALTH CARE FULL-YEAR COVERAGE INDICATOR:............................1
ESTIMATED TAX PAYMENTS:...........................................$0.00
OTHER PAYMENT CREDIT:.............................................$0.00
REFUNDABLE EDUCATION CREDIT:......................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:.........................$0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:.............................$0.00
EARNED INCOME CREDIT:.............................................$0.00
EARNED INCOME CREDIT PER COMPUTER:................................$0.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:.......................$0.00
SCHEDULE 8812 NONTAXABLE COMBAT PAY:..............................$0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:.......................$0.00
SCHEDULE 8812 TOT SS/MEDICARE WITHHELD:...........................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT:........................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:...........$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:...............$0.00
AMOUNT PAID WITH FORM 4868:.......................................$0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:....................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:........................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:...........$0.00
HEALTH COVERAGE TX CR: F8885:.....................................$0.00
PREMIUM TAX CREDIT AMOUNT:........................................$0.00
PREMIUM TAX CREDIT VERIFIED AMOUNT:...............................$0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:................$0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:..............$0.00
FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT:.....................$0.00
FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER:.........$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER:.....................$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2):.................$0.00
FORM 2439 AND OTHER CREDITS:..................................$4,475.00
TOTAL PAYMENTS:...............................................$4,475.00
TOTAL PAYMENTS PER COMPUTER:


Refund or Amount Owed

                                                               $643.00
AMOUNT YOU OWE:...................................................$0.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:.............................$0.00
ESTIMATED TAX PENALTY:............................................$0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:.....................$643.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:......................$643.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:.........................$0.00
FORM 8888 TOTAL REFUND PER COMPUTER:


Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:.....................................0
AUTHORIZATION INDICATOR:.............................................
THIRD PARTY DESIGNEE NAME:

Form 8863 - Education Credits (Hope and Lifetime Learning Credits)


PART III - ALLOWABLE EDUCATION CREDITS

                                                                 $0.00
GROSS EDUCATION CR PER COMPUTER:..................................$0.00
TOTAL EDUCATION CREDIT AMOUNT:....................................$0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:
            This Product Contains Sensitive Taxpayer Data
```

*Filed Sep Fodirn*
*Cuse 18-33158 JKS*

*Exhibit*
*(H)*



# 2017 Income Tax Return

## Federal Return

Thank you for using
FreeTaxUSA.com to prepare your
2017 income tax return.

You can view the status of your e-filed tax return by
signing in to your account at www.freetaxusa.com.

2018 tax preparation on FreeTaxUSA.com will be
available starting in January of 2019.

We look forward to preparing your 2018 tax return.

*Case 18-33158 JKS*

*Exhibit (H)*

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) | **U.S. Individual Income Tax Return** | **2017** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____, 2017, ending _____, 20____ | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| EVELYN | MATHIS | 146 70 1676 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| | | 137 72 5931 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
75 S HARRISON ST

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
EAST ORANGE, NJ  07018

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name _____ | Foreign province/state/county _____ | Foreign postal code _____

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ WILLIE MATHIS
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a. ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b. ☐ Spouse . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **1**

c. Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

d. Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . | **7** 47,636. |
| 8a | Taxable interest. Attach Schedule B if required . . . . | **8a** |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b |
| 9a | Ordinary dividends. Attach Schedule B if required . . . | **9a** |
| b | Qualified dividends . . . . . . . . | 9b |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | **10** |
| 11 | Alimony received . . . . . . . . . . . . . | **11** |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . | **12** |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . | **14** |
| 15a | IRA distributions . . 15a | b Taxable amount | **15b** |
| 16a | Pensions and annuities 16a | b Taxable amount | **16b** |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** |
| 18 | Farm income or (loss). Attach Schedule F . . . . . | **18** |
| 19 | Unemployment compensation . . . . . . . . | **19** |
| 20a | Social security benefits 20a | b Taxable amount | **20b** |
| 21 | Other income. List type and amount _____ | **21** |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | **22** 47,636. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses . . . . . . . . . | 23 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 |
| 29 | Self-employed health insurance deduction . . . | 29 |
| 30 | Penalty on early withdrawal of savings . . . . | 30 |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a |
| 32 | IRA deduction . . . . . . . . . . | 32 |
| 33 | Student loan interest deduction . . . . . . | 33 |
| 34 | Tuition and fees. Attach Form 8917 . . . . . | 34 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . ▶ | **36** 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . ▶ | **37** 47,636. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2017)

*Case 18-33158-JKS   Exhibit (H)*

Form 1040 (2017) EVELYN MATHIS

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   Page **2**

| | | | | |
|---|---|---|---|---|
| | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . | 38 | 47,636. |

**Tax and Credits**

| | |
|---|---|
| 39a | Check { You were born before January 2, 1953, ☐ Blind. Total boxes |
| | if: { Spouse was born before January 2, 1953, ☐ Blind. checked ▶ 39a ☐ |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ |

**Standard Deduction for—**

- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $6,350

Married filing jointly or Qualifying widow(er), $12,700

Head of household, $9,350

| | | |
|---|---|---|
| 40 | Itemized deductions (from Schedule A) **or your standard deduction** (see left margin) | 40 | 6,350. |
| 41 | Subtract line 40 from line 38 | 41 | 41,286. |
| 42 | **Exemptions.** If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 4,050. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 37,236. |
| 44 | **Tax** (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | 44 | 5,118. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 ▶ | 46 | |
| 47 | Add lines 44, 45, and 46 ▶ | 47 | 5,118. |

| | | | |
|---|---|---|---|
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| 50 | Education credits from Form 8863, line 19 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | |
| 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |

| | | |
|---|---|---|
| 55 | Add lines 48 through 54. These are your **total credits** | 55 | 0. |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 5,118. |

**Other Taxes**

| | | |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60a | Household employment taxes from Schedule H | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | 61 | |
| 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | 62 | |
| 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 5,118. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 4,475. |
| 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | |
| 66a | **Earned income credit (EIC)** NO. | 66a | |
| b | Nontaxable combat pay election | 66b | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| 70 | Amount paid with request for extension to file | 70 | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 74 | 4,475. |

**Refund**

Direct deposit? ▶
See instructions.

| | | |
|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | |
| 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 76a | |
| b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | |
| d | Account number _____ | | |
| 77 | Amount of line 75 you want **applied to your 2018 estimated tax** ▶ 77 | | |

**Amount You Owe**

| | | |
|---|---|---|
| 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 643. |
| 79 | Estimated tax penalty (see instructions) 79 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete below.** ☒ **No**

Designee's name ▶ _____ Phone no. ▶ _____ Personal identification number (PIN) ▶ _____

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| Your signature | Date | Your occupation  CLERK |
| Spouse's signature. If a joint return, **both must sign.** | Date | Spouse's occupation |

Daytime phone number  973-609-3490

If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name | Preparer's signature  SELF-PREPARED | Date |

Check ☐ if self-employed   PTIN

Firm's name ▶ _____   Firm's EIN ▶ _____

Firm's address ▶ _____   Phone no.

Form **1040** (2017)

**Fill in this information to identify your case:**

Debtor 1 _Willie_ _Lee_ _Mathis_
First Name    Middle Name    Last Name

Debtor 2 _Evelyn_ _Evette_ _Mathis_
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _New Jersey_

Case number _18-33158-JKS_
(if known)

☐ Check if this is an amended filing

*exhibit (I)*

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☒ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _Internal Revenue Service_
Priority Creditor's Name

_P.O. Box_ _7346_
Number    Street

_Philadelphia_ _PA_ _19101_
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___     $ _9113.61_   $ _9113.61_   $ _____

When was the debt incurred? _____

2009 - Self Evelyn - 1310.71
2014 - Self Evelyn - 3053.49
2015 - Joint - 1165.36
2016 - Joint - 2941.00
2017 - Self Evelyn - 643.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify _tax return Self & Joint_

**2.2** _NJ Division of taxation_
Priority Creditor's Name

_P.O. Box_ _245_
Number    Street

_Trenton_ _NJ_ _08695_
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___     $ _24,356.91_   $ _24,356.91_   $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated    _(Willie)_
☒ Other. Specify _Store Sale tax (Mamma's Sweetshop)_

Debtor 1    _Willie Lee Mathis_    Case number _(if known)_ _18-33158-JKS_
First Name    Middle Name    Last Name

_exhibit (I)_

**Part 1:    Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

**2.3** _NJ Division of Revenue & Enterprise_   Last 4 digits of account number _2_ _4_ _7_ _3_   $ _320.62_  $ _320.62_  $
Priority Creditor's Name

_33 W State St_    When was the debt incurred?    _____
Number    Street

As of the date you file, the claim is: Check all that apply.

_Trenton_    _NJ_ _08625_
City    State    ZIP Code
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify _Eric Fine_

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.4** _____   Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name

When was the debt incurred?    _____
Number    Street

As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.5** _____   Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
Priority Creditor's Name

When was the debt incurred?    _____
Number    Street

As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1  *Willie Lee Mathis*          Case number *(if known)* *18-33158-JKS*

*exhibit (I)*

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

Total claim

| 4.1 | *Atlantic Medical Group* | Last 4 digits of account number *3 8 5 2* | $ *639.62* |

Nonpriority Creditor's Name

*P.O. Box  416457*
Number  Street

*Boston                MA  02241*
City                State  ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify *Medical Bill*

| 4.2 | *Credit Acceptance Corp* | Last 4 digits of account number *8 1 0* | $ *16,484.30* |

Nonpriority Creditor's Name

*P.O. Box  5070*
Number  Street

*Southfield          MI  48086*
City                State  ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify *Car loan*

| 4.3 | *Direct Tv* | Last 4 digits of account number *3 0 4 6* | $ *415.00* |

Nonpriority Creditor's Name

*P.O. Box 5518 68*
Number  Street

*Jacksonville    Fl  32255*
City                State  ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify *Cable Tv*

Debtor 1    _Willie    Lee    Mathis_
First Name    Middle Name    Last Name

Case number (if known) _18-33158-JKS_

_exhibit (I)_

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.4** _East Orange Water Comission_
Nonpriority Creditor's Name
_99 S Grove St_
Number    Street
_East Orange_        _NJ_    _07018_
City        State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _0 1 0 0_        $_543.16_

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _Water Bill_

**4.5** _Elizabethtown Gas Company_
Nonpriority Creditor's Name
_P.O. Box 11811_
Number    Street
_Newark_        _NJ_    _07101_
City        State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _8 4 2 2_        $_94.23_

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _Gas Company (Mommy's brothers)_

**4.6** _Gas Global Lending Service_
Nonpriority Creditor's Name
_P.O. Box 10497_
Number    Street
_Greenville,    SC    29603_
City        State    ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _9 5 9 8_        $_25,333.19_

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _Car loan_

18-33158-JKS

exhibt (I)

Debtor 1  _Willie Lee Mathis_
First Name   Middle Name   Last Name

Case number (if known) _18-33158-JKS_

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

Total claim

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**4.7** _Jacquelin Baez (c/o Westenko law firm)_          Last 4 digits of account number ___ ___ ___ ___          $ _75,000.00_
Nonpriority Creditor's Name

_850 Caroler Lane_          When was the debt incurred? _____
Number   Street

_North Brunswick   NJ   08902_          As of the date you file, the claim is: Check all that apply.
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

**4.8** _PSEG_          Last 4 digits of account number _5_ _4_ _0_ _9_          $ _578.86_
Nonpriority Creditor's Name

_P.O. Box 1444_          When was the debt incurred? _____
Number   Street

_New Brunswick   NJ   08906_          As of the date you file, the claim is: Check all that apply.
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _Service Contract_

---

**4.9** _PSEG_          Last 4 digits of account number _8_ _8_ _1_ _8_          $ _3884.15_
Nonpriority Creditor's Name

_P.O. Box 1444_          When was the debt incurred? _____
Number   Street

_New Brunswick_          As of the date you file, the claim is: Check all that apply.
City   State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _Mummys Sweet Shop Electric_

Debtor 1  _Willie Lee Mathis_
             First Name    Middle Name    Last Name

Case number *(if known)* _18-33158-JKS_

exhibit (I)

**Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page**

Total claim

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

---

**4.1c** Verizon
Nonpriority Creditor's Name

P.O. Box 920041
Number    Street

Dallas    Tx    75392
City       State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _2 6 0 6_    $ 580.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Mommy's Smart Shop internet_

---

**4.1d** Easy Pay / Duvera
Nonpriority Creditor's Name

2701 Loker Ave W
Number    Street

Carlsbed    CA    92008
City       State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _0 9 8 1_    $ 1082

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _furniture_

---

**4.1e** Easy Pay / Duvera
Nonpriority Creditor's Name

2701 Loker Ave W
Number    Street

Carlsbed    CA    92008
City       State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _0 9 8 1_    $ 994

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Car Repairs_

---

Debtor 1   Willie Lee Mathis
First Name   Middle Name   Last Name

Case number (if known) 18-33158-JKS

exhibit (I)

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.3**   (Arrow financial ser)

LVNV Collections
Nonpriority Creditor's Name

PO Box 3038
Number   Street

Evansville   IN   47230
City   State   ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$5006.00

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Ethel debt

**4.4**
Sear Roebuck and Company
Nonpriority Creditor's Name

3333 Beverly Rd
Number   Street

Hoffman Estates   IL   60179
City   State   ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$1594.48

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Ethel Furnitures

☐
Nonpriority Creditor's Name

Number   Street

City   State   ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$_____

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 2 of 2

Debtor 1  _Willie_ _lee_ _Mathis_
          First Name   Middle Name   Last Name

Case number (if known) _18-33158-JKS_

_exhibit (I)_

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

6. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number    Street

_____
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    _Willie   ice   Mathis_    Case number (if known) _18-33158-JKS_
First Name   Middle Name   Last Name

exhibit (I)

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.

Total claim

Total claims
from Part 1

6a. Domestic support obligations                                          6a.  $ _____0.00_____

6b. Taxes and certain other debts you owe the
    government                                                             6b.  $ ___33,791.14___

6c. Claims for death or personal injury while you were
    intoxicated                                                           6c.  $ _____0.00_____

6d. Other. Add all other priority unsecured claims.
    Write that amount here.                                               6d. + $ _____0.00_____

6e. Total. Add lines 6a through 6d.                                       6e.  $ __33,791.14__

Total claim

Total claims
from Part 2

6f. Student loans                                                         6f.  $ _____0.00_____

6g. Obligations arising out of a separation agreement
    or divorce that you did not report as priority
    claims                                                                6g.  $ _____0.00_____

6h. Debts to pension or profit-sharing plans, and other
    similar debts                                                         6h.  $ _____0.00_____

6i. Other. Add all other nonpriority unsecured claims.
    Write that amount here.                                               6i. + $ __131,618.96__

6j. Total. Add lines 6f through 6i.                                       6j.  $ __131,618.96__

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims