Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−33158−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie Lee Mathis                                      Evelyn E. Mathis
   dba FDBA Mommy O Sweet Shop             75 South Harrison Street
   75 South Harrison Street                          East Orange, NJ 07018
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−5931                                         xxx−xx−1676

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/12/19 at 10:00 AM

to consider and act upon the following:

*42* − Motion for Relief from Stay re: 75 SOUTH HARRISON STREET, EAST ORANGE, NJ 07018. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of ETHEL MATHIS and ERIC MATHIS Filed by Robert Davidow on behalf of U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT. Hearing scheduled for 6/13/2019 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Certificate of Service # 2 Supporting Documents # 3 Proposed Order) (Davidow, Robert)

Dated: 11/18/19

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court