Willie Lee Mathis (Debtor)
Evelyn E. Mathis (Debtor)
75 S. Harrison Street
East Orange, NJ, 07018
862-704-4949

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2020 JAN -2 P 12: 19

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

In Re:
Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
Suite 330
Fairfield, NJ 07004
973-227-2840
Chapter 13 Standing Trustee

United States Bankruptcy Court
District Of New Jersey
Newark,

Chapter 13 Case No: 18-33158 JKS

Hearing Date: 12/12/2019

## Opposing Motion to dismiss petition

I Willie & Evelyn Mathis received a letter from the court stating the dismissal of our petition from Marie Ann Greenberg Standing Trustee, from Caliber Home Loans mortgage company, stating nonpayment of our modification agreement. We have submitted a new modification to have the mortgage lowered due to my unfortunate circumstance, I Willie Mathis had to leave my job due to a knee injury. My position was warehouse supervisor in the freezer, I needed to stay in the freezer for about 8 hours this was damaging my knee which results in me going to have knee surgery. I also applied for unemployment benefits which I am receiving now. Also looking of other employment. Also, on December 13th 2019 we lost my stepfather Early Hines my mothers husband who is part owner of the home Ethel Mathis-Hines who also contributed to the household is gone. We have been paying the other bills our trustee payment. We are also working with company Urban league of NJ helping
us organize and manage our bills. We would appreciate if you can work with us so we can keep our home.

_____
Willie Lee Mathis

1/2/2020
Date

_____
Evelyn E. Mathis

1/2/2020
Date



# Mathis Personal Monthly Budget

| Actual Monthly Income | | |
|---|---|---|
| unemployment (Willie) | $1,860.00 | ✓ |
| paycheck 1 (Evelyn) | $1,960.00 | ✓ |
| paycheck 2 (Evelyn) | $600.00 | ✓ |
| Eric Contribution | $600.00 | ✓ |
| Ethel Contribution | $1,500.00 | — |
| rental | $550.00 | ✓ |
| Total monthly income | $7,070.00 | ✓ |

| | |
|---|---|
| Actual total monthly income | $7,070.00 |
| Projected monthly cost | ($8,308.00) |
| Difference (Actual minus projected) | ($1,338.00) |

*Handwritten note:* "This is whats coming in Now Monthly Income After Job lost and the death of my step father."

| HOUSING | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Mortgage or rent | $4,135.00 | | $4,135.00 |
| Phone | $135.00 | | $135.00 |
| Electricity | $175.00 | | $175.00 |
| Gas | $60.00 | | $60.00 |
| Water and sewer | $125.00 | | $125.00 |
| Cable | $80.00 | | $80.00 |
| trash supplies | $40.00 | | $40.00 |
| Bankruptcy payment trustee | $1,560.00 | | $1,560.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Subtotal | | | $6,310.00 |

| TRANSPORTATION | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Vehicle payment | $603.00 | | $603.00 |
| Bus/taxi fare | | | $0.00 |
| Insurance | $445.00 | | $445.00 |
| Licensing | | | $0.00 |
| Fuel | $300.00 | | $300.00 |
| Maintenance | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $1,348.00 |

| INSURANCE | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Home | | | $0.00 |
| Health | | | $0.00 |
| Life | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| FOOD | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Groceries | $350.00 | | $350.00 |
| Dining out | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $350.00 |

| PETS | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Food | | | $0.00 |
| Medical | | | $0.00 |

| ENTERTAINMENT | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Video/DVD | | | $0.00 |
| CDs | | | $0.00 |
| Movies | | | $0.00 |
| Concerts | | | $0.00 |
| Sporting events | | | $0.00 |
| Live theater | | | $0.00 |
| Other | | | $0.00 |
| Other | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| LOANS | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Personal | | | $0.00 |
| Student | | | $0.00 |
| Credit card | | | $0.00 |
| Credit card | | | $0.00 |
| Credit card | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| TAXES | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Federal | | | $0.00 |
| State | | | $0.00 |
| Local | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| SAVINGS OR INVESTMENTS | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Retirement account | | | $0.00 |
| Investment account | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| GIFTS AND DONATIONS | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Charity 1 | | $100.00 | $100.00 |
| Charity 2 | | | $0.00 |
| Charity 3 | | | $0.00 |
| Subtotal | | | $100.00 |

| | | | |
|---|---|---|---|
| Grooming | | | $0.00 |
| Toys | | | $0.00 |
| Other | | | $0.00 |
| **Subtotal** | | | $0.00 |

| PERSONAL CARE | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Medical | $60.00 | | $60.00 |
| Hair/nails | $40.00 | | $40.00 |
| Clothing | $100.00 | | $100.00 |
| Dry cleaning | | | $0.00 |
| Health club | | | $0.00 |
| Organization dues or fees | | | $0.00 |
| Other | | | $0.00 |
| **Subtotal** | | | $200.00 |

| LEGAL | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Attorney | | | $0.00 |
| Alimony | | | $0.00 |
| Payments on lien or judgment | | | $0.00 |
| Other | | | $0.00 |
| **Subtotal** | | | $0.00 |

| | |
|---|---|
| Total Projected Cost | $8,308.00 |
| Total Actual Cost | $0.00 |
| Total Difference | $8,308.00 |



# Mathis Personal Monthly Budget

| Actual Old Monthly Income | | | | |
|---|---|---|---|---|
| paycheck PFG (Willie) | $3,482.02 | | Actual total monthly income | $9,442.02 |
| paycheck 1 Horizon (Evelyn) | $1,960.00 | | | |
| paycheck 2 Target (Evelyn) | $600.00 | | Projected monthly cost | ($8,308.00) |
| Eric Contribution | $600.00 | | Difference | |
| Ethel Contribution | $1,500.00 | | (Actual minus projected) | $1,134.02 |
| Tenant Rental Contribution | $1,300.00 | | | |
| Total monthly income | $9,442.02 | | | |

*Handwritten note: "This is the Old Budget Amount What Came In The New Budget is On Page C+D What is Actually Coming In"*

| HOUSING | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Mortgage or rent | $4,135.00 | | $4,135.00 |
| Phone | $135.00 | | $135.00 |
| Electricity | $175.00 | | $175.00 |
| Gas | $60.00 | | $60.00 |
| Water and sewer | $125.00 | | $125.00 |
| Cable | $80.00 | | $80.00 |
| trash supplies | $40.00 | | $40.00 |
| Bankruptcy payment trustee | $1,560.00 | | $1,560.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Subtotal | | | $6,310.00 |

| TRANSPORTATION | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Vehicle payment | $603.00 | | $603.00 |
| Bus/taxi fare | | | $0.00 |
| Insurance | $445.00 | | $445.00 |
| Licensing | | | $0.00 |
| Fuel | $300.00 | | $300.00 |
| Maintenance | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $1,348.00 |

| INSURANCE | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Home | | | $0.00 |
| Health | | | $0.00 |
| Life | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| FOOD | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Groceries | $350.00 | | $350.00 |
| Dining out | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $350.00 |

| PETS | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Food | | | $0.00 |

| ENTERTAINMENT | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Video/DVD | | | $0.00 |
| CDs | | | $0.00 |
| Movies | | | $0.00 |
| Concerts | | | $0.00 |
| Sporting events | | | $0.00 |
| Live theater | | | $0.00 |
| Other | | | $0.00 |
| Other | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| LOANS | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Personal | | | $0.00 |
| Student | | | $0.00 |
| Credit card | | | $0.00 |
| Credit card | | | $0.00 |
| Credit card | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| TAXES | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Federal | | | $0.00 |
| State | | | $0.00 |
| Local | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| SAVINGS OR INVESTMENTS | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Retirement account | | | $0.00 |
| Investment account | | | $0.00 |
| Other | | | $0.00 |
| Subtotal | | | $0.00 |

| GIFTS AND DONATIONS | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Charity 1 | $100.00 | | $100.00 |
| Charity 2 | | | $0.00 |
| Charity 3 | | | $0.00 |

| Grooming | | |
|---|---|---|
| Toys | | $0.00 |
| Other | | $0.00 |
| **Subtotal** | | **$0.00** |

| PERSONAL CARE | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Medical | $60.00 | | $60.00 |
| Hair/nails | $40.00 | | $40.00 |
| Clothing | $100.00 | | $100.00 |
| Dry cleaning | | | $0.00 |
| Health club | | | $0.00 |
| Organization dues or fees | | | $0.00 |
| Other | | | $0.00 |
| **Subtotal** | | | **$200.00** |

| LEGAL | Projected Cost | Actual Cost | Difference |
|---|---|---|---|
| Attorney | | | $0.00 |
| Alimony | | | $0.00 |
| Payments on lien or judgment | | | $0.00 |
| Other | | | $0.00 |
| **Subtotal** | | | **$0.00** |

| | |
|---|---|
| Total Projected Cost | $8,308.00 |
| Total Actual Cost | $0.00 |
| Total Difference | $8,308.00 |

Case # 18-33158-JKS

# DIVISION OF UNEMPLOYMENT INSURANCE

## UNEMPLOYMENT INSURANCE INSTRUCTIONS AND APPOINTMENT NOTICE

TELEPHONE NO: (201) 601-4100
FAX NO: (973) 648-2788

BC9 (05/2019)

10/02/2019 | 00227663 | 10 | 09-29-2019

You recently filed a claim for unemployment insurance (UI). This form tells you how to claim benefits, and lists any appointment(s) you are required to attend. You can find information about your unemployment insurance rights and responsibilities at *myunemployment.nj.gov/labor/myunemployment/assets/pdfs/PR-94.pdf*.

**Claim Benefits:** You will claim your unemployment benefits for the first time on 10/16/2019. Beginning the Sunday after the date listed, claim your benefits online or by phone by following the instructions below.

- **Online Claims:** You may claim your benefits every week online at *myunemployment.nj.gov* by selecting the "Claim Benefits" option. Claim your benefits online any day of the week during the following hours:

  Monday - Friday, 7:00 a.m. - 6:00 p.m.
  - Saturday, 8:00 a.m. - 3:00 p.m.
  - Sunday, 8:00 a.m. - 5:00 p.m.

- **Phone Claims:** If you claim by phone, you will claim benefits every two weeks on weekdays only. Mondays are reserved for people whose Social Security Number ends with an odd number (1, 3, 5, 7, 9). Tuesdays are reserved for people whose Social Security Number ends with an even number (0, 2, 4, 6, 8). If you miss your assigned day, you may call on Wednesday, Thursday or Friday. The hours to claim benefits by phone are weekdays (including holidays) 8:30 a.m. - 6:00 p.m. Call the phone number shown in the top left corner of this form. Select "3" to claim your benefits.

**Work Search Requirements:** You are required to seek work for each week you are claiming benefits. It is recommended you keep a log of your weekly work search to help recording of this activity. You may be selected for a random audit where your work search will be verified. If you are unable to provide a work search, you will be required to pay back any benefits received for the period in question. Go to *myunemployment.nj.gov/labor/myunemployment/assets/pdfs/log.pdf* for a log to help you track your work search activity. Go to *careerconnections.nj.gov* for assistance with your work search.

**Personal Identification Number (PIN):** To claim benefits online or by phone, you must establish a four-digit Personal Identification Number (PIN). Please write down this PIN and keep it in a safe place. You will need your PIN to claim your benefits. If you forget your PIN, call the phone number in the box in the top left corner of this page, and ask the representative to reset your PIN.

**Your Dashboard:** To access your dashboard, select "Login" at *myunemployment.nj.gov*. Your dashboard allows you to file a new or reopen an existing UI claim, certify for weekly benefits, update direct deposit, update telephone/address, print 1099-G, and view your claim status.

**Payment Options:** There are two ways to collect benefits: by prepaid debit card or by direct deposit. Individuals who do not select to receive benefits by direct deposit will be issued a prepaid debit card, which is mailed to you from Bank of America in a plain, unmarked envelope. These cards are valid for four years. If you lose your card and need a replacement, call Bank of America directly at (866) 213-4074. If you want benefits directly deposited into your bank account, complete the direct deposit application online at *myunemployment.nj.gov*. Benefits will be transferred to your account/debit card within two business days after you claim your benefits.

**YOUR RIGHTS AND RESPONSIBILITIES REGARDING APPOINTMENTS:** If you are scheduled for an appointment, continue to claim benefits. After a determination has been made, all benefits payable to you will be issued. If you are scheduled for an appointment, the interview will be conducted by phone, a claims examiner will call you, and you must be prepared to accept the call. You must be available for up to two hours after the scheduled appointment time to participate in the interview. Caller ID shows the phone number of representatives as private, unknown, out-of-area, anonymous, etc. If your phone has features or devices to block calls, they should be turned off on the day of the appointment. If you fail to keep your appointment, a determination will be made based on the existing information on your claim which may result in a denial of benefits. If the reason for the appointment is related to your employment, your employer will be notified of the interview and has the right to participate.

For your appointment(s) you have the following rights: 1) You may represent yourself or you may be represented at your own expense by an attorney or non-attorney. 2) You may request a postponement. If you require additional time to prepare for the interview. 3) You may request that your employer produce any documents which relate to your eligibility for benefits. 4) You may request that statements be taken from your witnesses who have firsthand knowledge of the case. 5) You or your representative will have the opportunity to question your own witness, present documents and provide a closing statement or summary; and 6) If the reason for the appointment is related to your employment, any questions that you may have for your former employer may be asked of the claims examiner who in turn may, at his/her discretion, pose the question(s) to your former employer.

**E-Adjudication:** If you filed a new claim online, you will receive an email with a secure link that will take you to our online questionnaire to provide your statement that will be used to determine your eligibility for benefits. Be sure to check your email regularly for any correspondence from the Division.

**Appointments:** If you are scheduled for any appointment(s) to determine your eligibility for benefits, they are listed below. Your interview(s) is scheduled on:

## REASON FOR APPOINTMENT

| DAY | DATE | TIME | REPORT |
| --- | --- | --- | --- |

*Please have available for your interview(s):*

## LETTING GO

The angels gathered near your bed, So very close to you.
For they knew the pain and suffering you were going through.
I thought about so many things, so I held tightly to your hand,
OH, how I wished that you were strong and happy once again.
But your eyes were looking homeward, to that place beyond the sky.
Where Jesus held his outstretched arms, it was time to say good-bye.
I struggled with my selfish thoughts, for I wanted you to stay.
So we could walk and talk again, like we did just yesterday.
But Jesus knew the answer and I knew He loved you so.
So I gave you life's greatest gift, The gift of letting go.

Floral Bearers & Pallbearers
Family & Friends

## ACKNOWLEDGEMENTS

Thank you....
For your every act of kindness,
For every loving card,
For all the visits and phone calls from you.
For delicious food, for lovely flowers
For prayers during our trying hours,
For comforting words that brightened the days
For help received in so many ways
May God bless each of you

SERVICES ENTRUSTED TO:
Cotton Funeral Services

1025 BERGEN ST, NEWARK, NJ 07112



## HOME GOING CELEBRATION FOR
### Deacon Early Hines Jr.

Sunrise May 9, 1946 ~ Sunset December 13, 2019

Victory at Sunrise Baptist Church
376 Clinton Place
Newark, NJ

# ORDER OF SERVICE



Processional

Selection

Scripture Reading
*Old Testament & New Testament*

Prayer of Comfort

Poem

Reflections ...(Please limit to 2 minutes)

Selection

Acknowledgement & Obituary

Selection

Eulogy

Recession

Interment

*Rosemount Cemetery, Newark NJ*

*Repast Victory at Sunrise Baptist Church, 56 Clinton Place, Newark NJ 07112*

# EARLY HINES JR.

Early Hines Jr., "Nick" as he was affectionately called, was the eldest of 5 children born to the late Early Hines Sr. and Lucille Byrum Hines on May 9, 1946 in Edgecombe County, North Carolina. He transitioned from this life peacefully on December 13, 2019 at Beth Israel Hospital in Newark, NJ.

Early "Nick" Hines Jr. is preceded in death by his son Jermaine Hines, sister Laura Anne Hines, and brother Franklin Hines. He received his education in the Edgecombe County School System. As an ambitious young man Nick relocated to Newark, NJ. His love for music led him to form and manage several popular bands, in which he was the lead singer of "Early and the Midnights". Later in his music venture he became known as DJ Clean Nick. While pursuing his music career he continued to work several jobs and retired from DP in Morristown, NJ.

Realizing that there was a void in his life he decided to dedicate his life to the Lord and joined Victory at Sunrise Baptist Church. As a devoted member he enjoyed Sunday school, Bible study, praise and worship, and serve proudly on the deacon board as an ordained deacon.

He leaves to cherish his memories his beloved wife Ethel Mae Mathis-Hines of East Orange NJ; his sons James Darden, Darrell Hines, Nicholas Hines, Zach Walker (Shaneeca), Nicholas Shawn Graham, Christopher Walker. Stepsons; Richard Daniels, Willie Mathis, William Mathis, Arthur Mathis Jr., and Johnny Mathis. Two brothers Minister Willie Edward Hines (Alberta) of Roselle NJ and Deacon Carl Hines (Eldress Janet) of Milton NC. He is also survived by 20 grandchildren, 23 great-grandchildren, a host of nieces, nephews, other relatives and friends.






Case # 18-33158-JKS

| NEW JERSEY DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE OFFICE CN 1560 VINELAND NJ 08362-1560    937 | | NOTICE TO CLAIMANT OF BENEFIT DETERMINATION | | BC-3C (R-07-18) | |
|---|---|---|---|---|---|
| | Name WILLIE L MATHIS | Social Security No. | PC 010 | 1. Date of Claim 09/29/2019 | |
| 2. WEEKLY BENEFIT RATE (FULL WEEK) $ 517.00 | 3. PARTIAL BENEFIT RATE $ 620.00 | 4. MAXIMUM BENEFIT AMOUNT $ 13,442.00 | 5a. YOUR BASE YEAR IS THE PERIOD 4/01/2018 — 3/31/2019 | | |
| 6. WEEKLY DEPENDENCY ALLOWANCE: NUMBER OF DEPENDENTS (not to exceed "3"): | | 7. DATE OF MAILING 10/02/2019 | 8. FRD 10/16/2019 | 5b. YOUR BENEFIT YEAR IS THE PERIOD 9/29/2019 — 9/26/2020 | |

| YOUR BASE YEAR WAGE RECORD | QUARTER ENDING 6/30/2018 | | QUARTER ENDING 9/30/2018 | | QUARTER ENDING 12/31/2018 | | QUARTER ENDING 3/31/2019 | |
|---|---|---|---|---|---|---|---|---|
| Employer's Name/Base Year Totals | Base Weeks | Total Wages | Base Weeks | Total Wages | Base Weeks | Total Wages | Base Weeks | Total Wages |
| DURNING AND COMPANY, INC. Emp ID No. 0223702902-000-00 Total Base Year Wages 5340.00 Total Base Year Base Weeks 15 | 3 | 1080.00 | 6 | 1800.00 | 6 | 1260.00 | | 1200.00 |
| PERFORMANCE FOOD GROUP, INC. Emp ID No. 0840629503-000-00 Total Base Year Wages 24634.58 Total Base Year Base Weeks 22 | | | | | 10 | 10557.68 | 12 | 14076.90 |
| FOREH FACILITY MANAGEMENT, LLC Emp ID No. 0274285539-000-00 Total Base Year Wages 14841.18 Total Base Year Base Weeks 16 | 13 | 12602.49 | 3 | 2238.69 | | | | |
| Emp ID No. 0000000000 000 00 Total Base Year Wages Total Base Year Base Weeks | | | | | | | | |
| GRAND TOTALS: | BASE WEEKS: 53 | | | | BASE YEAR WAGES: | 44815.76 | | |

☐ An "X" in this box indicates you had more than 4 employers in the base year. Employers not listed on this form are shown on another form mailed under separate cover.

☐ An "X" in this box indicates this is a monetary redetermination based on the receipt of supplemental information. This may result in a refund liability for any benefits paid.

**IMPORTANT NOTICE TO CLAIMANT (additional information on reverse)**

This determination refers to monetary validity. Benefits are payable only if you meet all eligibility requirements for each week that you are claiming benefits. If you were separated from employment for reasons other than lack of work, a separate determination will be issued.

If "0.00" has been entered in Item 2, it means that your claim is INVALID and you are INELIGIBLE to receive benefits because, within the Base Year Period shown in Item 5a, you had, in employment covered by the Unemployment Compensation Law of New Jersey, fewer than 20 Base Weeks and you earned less than $ 8,600.00 Total Wages OR you did not meet "requalifying requirements" (see reverse for explanation).

A dependency allowance cannot be included in the monetary determination until you provide proof of dependency. If you have provided the required proof, the Weekly Benefit Rate in Item 2 includes your dependency allowance listed in Item 6. If you have not already provided proof of dependency, you must provide such proof within six weeks of the date of claim (eight weeks for interstate claims) shown in Item 1 or you will be ineligible to receive dependency benefits for the duration of the claim. Dependency allowance does not apply if you are receiving the maximum benefit rate.

If your earnings were not correctly reported by your employer(s), or if all of your base year employers are not listed on the form(s), you should notify the local claims office listed at the top of this form within 10 days from the date of mailing in Item 7. If you have already advised the claims agent of missing or disputed wages, you should receive a revised monetary determination within 21 days of the date of mailing in item 7. If you do not receive a revised monetary determination within 21 days, please notify the local office listed at the top of this form with proof of earnings for the missing/disputed wages.

**RIGHT OF APPEAL / DERECHO DE APELACION**

If you disagree with this determination you may file an appeal in writing with the local claims office listed at the top of this form. Your appeal must be received or postmarked within seven days after delivery or ten days after the date of this notice as shown in Item 7. The appeal period will only be extended if good cause for late filing is shown. You may represent yourself or you may be represented at your own expense by an attorney or by a non-attorney.

Si usted no esta de acuerdo con esta determinacion, Ud. puede apelar por escrito a la oficina local por desempleo nombrada en el primer encasillado de este formulario. Su apelacion tiene que ser recibida o estamapda por el correo dentro de siete dias a partir del dia en la cual recibio esta notifcacion o dentro de diez dias a partir de la fecha que aparece en el encasillado #7. El tiempo proveido para apelar, solamente puede ser extendido si Ud. demuestra buena causa por tal tardanza. Puede representarse a sí mismo o puede estar representado por su propio costo por un abogado o no abogado.