Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−33158−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Willie Lee Mathis
dba FDBA Mommy O Sweet Shop
75 South Harrison Street
East Orange, NJ 07018

Evelyn E. Mathis
75 South Harrison Street
East Orange, NJ 07018

Social Security No.:
xxx−xx−5931                                    xxx−xx−1676

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on January 27, 2020.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 28, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-33158-JKS
Willie Lee Mathis                                                         Chapter 13
Evelyn E. Mathis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 28, 2020
                              Form ID: 148             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db/jdb         +Willie Lee Mathis,    Evelyn E. Mathis,    75 South Harrison Street,    East Orange, NJ 07018-1701
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517953350      +Atlantic Medical Group,    PO Box 416457,    Boston, MA 02241-6457
517944326      +COMCAST,   PO BOX 1931,    Burlingame, CA 94011-1931
517890435     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: CREDIT ACCEPTANCE,     25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034)
517953357      +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
517889292      +Caliber Home Loans,    PO Box 270415,    Oklahoma City, OK 73137-0415
517953360       Credit Acceptance Corp,    PO Box 5070,    Southfield, Ml 48086-5070.
517953361      +Direct TV,    PO Box 551268,    Jacksonville, FL 32255-1268
517953362      +East Orange Water Commission,    99 S Grove St,    East Orange, NJ 07018-4108
517953380      +Ellizabethtown Gas Company,    PO Box 11811,    Newark, NJ 07101-8111
517953667      +Eric Mathis,    75 South Harrison Street,    East Orange, NJ 07018-1701
517953668      +Ethel Mathis,    75 South Harrison Street,    East Orange, NJ 07018-1701
517953381      +GLS Global Lending Services,    PO Box 10437,    Greenville, SC 29603-0437
517953420      +Jacquelin Baez C/o Wajetenko Law Firm,    850 Carolier Lane,    North Brunswick NJ 08902-3312
517953383      +LVNV Collections,    PO Box 3038,    Evansville, IN 47730-3038
517953384      +MommyO Sweet Shop,    2100 Stanley Terance,    Union, NJ 07083-4312
517953385      +N.J. Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245
517953386      +NJ Division of Revenue and Enterprise,    33 W State St,    Trenton, NJ 08608-1214
517953388      +PSEG,   PO Box 14444,    New Brunswick, NJ 08906-4444
517953387      +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd #100,    Mount Laurel, NJ 08054-3437
517889291      +U.S. Trust NA,    As Trustee for LSF9 Master,    Participation Trust,    Phelan, Hallinan, Diamond,
                 400 Fellowship Rd. #100,    Mt. Laurel, NJ 08054-3437
517953390      +US Bank Trust,    13801 Wireless way,    Oklahoma City, OK 73134-2500
517953605      +Willie + Evelyn Mathis,    75 South Harrison Street,    East Orange, NJ 07018-1701
517953392      +Wojtenko Law Firm PC,    850 Carolier Lane,    North Brunswick, NJ 08902-3312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 00:00:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 00:00:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517964385      +E-mail/Text: bknotices@professionalcredit.com Jan 29 2020 00:00:45     Consumer Cellular,
                 C/O Professional Credit Service,    P.O. Box 7548,   Springfield, OR 97475-0039
517989662      +EDI: AIS.COM Jan 29 2020 04:13:00      Directv, LLC,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517953393      +E-mail/Text: operationsclerk@easypayfinance.com Jan 28 2020 23:57:43     Easy Pay/Duvera,
                 2701 Loker Ave West,    Carlsbad, CA 92008. 92010-6638
518009685       E-mail/Text: bankruptcy@glsllc.com Jan 28 2020 23:57:44     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
517953382      +EDI: IRS.COM Jan 29 2020 04:13:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517953389      +EDI: SEARS.COM Jan 29 2020 04:13:00      Sear Roebuck And Company,   3333 Beverly Rd,
                 Hoffman Estates, IL 60179-0001
517912366      +EDI: AIS.COM Jan 29 2020 04:13:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517994493      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 29 2020 00:01:16
                 U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans,
                 13801 Wireless Way,    Oklahoma City OK 73134-2500
517953391      +EDI: VERIZONCOMB.COM Jan 29 2020 04:13:00      Verizon,   PO Box 920041,   Dallas, TX 75392-0041
517989410      +EDI: AIS.COM Jan 29 2020 04:13:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,     25505 West 12 Mile Road,
                 Southfield, MI  48034)
cr*            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 28, 2020
                              Form ID: 148             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:

        Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
        John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
        Robert Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
        Robert Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
        Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8