Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−33158−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Willie Lee Mathis                                                    Evelyn E. Mathis
  dba FDBA Mommy O Sweet Shop                   75 South Harrison Street
  75 South Harrison Street                               East Orange, NJ 07018
  East Orange, NJ 07018

Social Security No.:
  xxx−xx−5931                                                      xxx−xx−1676

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 22, 2020</u>                 <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court